ORIGINAL

FILED
JUL 10 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**KERIN MOTORS, INC.,**

Plaintiff,

v. NO: 07-517 C

**UNITED STATES POSTAL SERVICE,**

Defendant.

## COMPLAINT FOR BREACH OF CONTRACT

COMES NOW the Plaintiff, Kerin Motors, by and through its counsel, Lawrence Magdovitz, II, and files this Complaint for Breach of Contract and, in support thereof would show unto this Court the following, to-wit:

### I. PARTIES

1. Plaintiff, Kerin Motors, Inc., is a corporation incorporated under the laws of the State of Mississippi.

2. Defendant, United States Postal Service, is a division or agency of the United States Government and may be served with process by serving the Attorney General of the United States.

### II. JURISDICTION AND VENUE

3. This Court has personal jurisdiction and subject matter jurisdiction over the parties to this lawsuit.

4. Venue is proper in this matter.

## III. FACTS

5. Plaintiff owns real property located at 2051 Highway 589, Sydney, TX 76479 (the "property").

6. Plaintiff leases the property to the United States Postal Service for use as a post office.

7. Defendant entered into a Lease Agreement (hereinafter the "lease") with Plaintiff on December 23, 1998. A true and correct copy of said Lease is attached hereto Exhibit A.

8. Plaintiff has performed as required under the lease.

9. Paragraph 7 of the lease states that a Reimbursement Tax Rider is made a part of the Lease.

10. Plaintiff made properly documented demands on the Defendant for the reimbursement of paid taxes for the years 1999 through 2006.

11. Plaintiff has paid property taxes on the property for the years 1999 to 2006 in the following amounts:

| Year | Amount |
|---|---|
| 1999 | $173.64 |
| 2000 | $175.02 |
| 2001 | $173.93 |
| 2002 | $221.19 |
| 2003 | $240.56 |
| 2004 | $274.27 |
| 2005 | $299.21 |
| 2006 | $286.32 |

Total $1,844.14

12. Defendant refused to reimburse Plaintiff and attempted to unilaterally modify the Lease by sending the Plaintiff a lease in which the Defendant had removed the portion of the lease that stated a Reimbursement of Paid Taxes Rider was attached.

13. Defendant has taken a substantially unjustified position in this matter.

14. Pursuant to the Equal Access to Justice Act of 2004 (EAJA), the United States should be held accountable for attorney's fees and costs associated with this matter. 28 U.S.C.A. § 2412.

## IV. COUNT ONE—BREACH OF CONTRACT

15. Defendant is subject to the jurisdiction of this Court and has waived sovereign immunity for breach of contract through the Tucker Act of 2001. 28 U.S.C.A. §1491 (2007).

16. All parts of the Lease, including all parts of Paragraph 7, specifically the Reimbursement Tax Rider, were intentionally written into the lease.

17. The execution of the Lease evidences mutual assent on behalf of all parties to the Lease.

18. Plaintiff and Defendant included the Reimbursement Tax Rider in the Lease as set forth in Paragraph 7.

19. Defendant has failed to perform its duties under the Lease.

20. As a result of Defendant's failure to perform, Plaintiff has suffered damages in the amount of One Thousand Eight Hundred Forty-Four and 14/100 Dollars ($1,844.14) plus interest in the amount of Seven Hundred Forty-Three Dollars and 36/100 Dollars and costs of this litigation.

## V. CONCLUSION

Plaintiff and Defendant have mutually assented to the Lease that is the subject of this lawsuit. Plaintiff has performed under the Lease. Defendant has breached the lease by refusing to

reimburse Plaintiff for the paid taxes.. As a result, Defendant is in breach of contract which has caused damages to Plaintiff. Plaintiff is entitled to a recovery of monetary damages as a result of this breach of contract.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court enters a judgment against Defendant in the amount of One Thousand Eight Hundred Forty-Four and 14/100 Dollars ($1,844.14) for damages plus interest in the amount of Seven Hundred Forty-Three and 36/100 Dollars ($743.36), all costs and attorney's fees as stated in the EAJA, and any other relief which this Court deems necessary and proper.

Respectfully submitted this, the 2ND day of July, 2007

KERIN MOTORS, INC.

By: LAWRENCE MAGDOVITZ, II (BPR 020869)
*Law Offices of Lawrence Magdovitz*
8342 Macon Road
Cordova, TN 38018
(901) 737-0500
(901) 737-1604 (fax)
ATTORNEY FOR PLAINTIFF

UNITED STATES POSTAL SERVICE

ORIGINAL

**Lease**

[illegible]

In consideration of the mutual promises set forth and for other good and valuable consideration the sufficiency of which is hereby acknowledged, the parties covenant and agree as follows:

1. The Lessor hereby leases to the Postal Service and the Postal Service leases from the Lessor the following premises, hereinafter legally described in paragraph 9, in accordance with the terms and conditions described herein and contained in the "General Conditions to U.S. Postal Service Lease," Section A, attached hereto and made a part hereof.

Upon which is a one-story masonry building and which property contains areas, spaces, improvements, and appurtenances as follows:

| AREA | SQ. FEET | AREA | SQ. FEET |
|---|---|---|---|
| Net Floor Space | 758 | Joint Use/Common Areas: | |
| Platform | 80 | | |
| Parking and Maneuvering | 2,624 | | |
| Other: | | | |
| Driveway | | | |
| Landscaping | | | |
| Sidewalks | | | |
| Total Site Area: | 4,691 | | |

2. RENTAL. The Postal Service will pay the Lessor an annual rental of: $3,960.00

***Three Thousand Nine Hundred Sixty and 00/100 Dollars***

payable in equal instalments at the end of each calendar month. Rent for a part of a month will be prorated. Rent checks shall be disbursed as follows:

payable to
MARGARET ALLEN
P O BOX 175
BULVERDE TX 78163-0175

unless the Contracting Officer is notified, in writing by Lessor, of any change in payee or address at least sixty (60) days before the effective date of the change.

3. TO HAVE AND TO HOLD the said premises with their appurtenances:

FIXED TERM: The term beginning July 01, 2000 and ending June 30, 2005 for a total of 5 years.

EXHIBIT A

UNITED STATES POSTAL SERVICE

Duplicate ORIGINAL

**Lease**

4. RENEWAL OPTIONS The Lease may be renewed at the option of the Postal Service, for the following seperate and consecutive terms and at the following annual rentals:

| RENEWAL OPTION | TERM NO. OF YEARS | PER ANNUM RENTAL |
|---|---|---|
| 1 | 5 | [illegible] |
| [illegible] | 5 | [illegible] |

provided that notice is sent, in writing, to the Lessor at least 30 days before the end of the original lease term and each renewal term. All other terms and conditions of this Lease will remain the same during any renewal term unless stated otherwise herein.

5. TERMINATION: The Postal Service may terminate this Lease at any time by giving 30 days written notice to the Lessor.

6. UTILITIES, SERVICES, AND EQUIPMENT: Lessor, as part of the rental consideration, shall furnish the following utilities, services and equipment: (See Lessor Obligations of General Conditions (A.24) and/or attached addendum for definitions.)
Heating System, Air Conditioning Equipment, Light Fixtures, Sewerage System, Electrical System, Water System.

7. OTHER PROVISIONS: The following additional provisions, modifications, riders, layouts and/or forms were agreed upon prior to execution and made a part hereof:
Maintenance Rider - Lessor (M-1), Reimbursement Tax Rider (T-1), the Postal Service will pay separately metered recurring utility charges.

8. The undersigned has completed the "Representations and Certifications." (See Section B)

9. LEGAL DESCRIPTION

A tract of land north of the intersection of Farm Roads 589 and 1689 in Sidney, Comanche County, Texas, identified as Abstract 510, Htbrrco, south 50 feet of 4.0323, upon which is situated the Sidney, Texas Post Office.

UNITED STATES POSTAL SERVICE.

Duplicate ORIGINAL

**Lease**

EXECUTED BY LESSOR this 4th day of December 1998

**ALL INDIVIDUAL OFFERORS MUST SIGN**

| | |
|---|---|
| Margaret Allen<br>Print Name & Title | Margaret Allen<br>Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |

Lessor Address: MARGARET ALLEN
P O BOX 176 BULVERDE TX 78163-0176
Telephone No: (210) 980-2613
Taxpayer ID: 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

Witness Witness

**ACCEPTANCE BY THE POSTAL SERVICE**

Date 12/22/98

THOMAS W JACOBS
Contracting Officer

Signature of Contracting Officer

PO BOX 667150
DALLAS TX 75266-7185
Address of Contracting Office