ORIGINAL

FILED
JUL 10 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**KERIN MOTORS, INC.,**

Plaintiff,

v.

**NO: 07-517 C**

**UNITED STATES POSTAL SERVICE,**

Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, Kerin Motors, by and through its counsel, Lawrence Magdovitz, II, and files this Rule 7.1 Disclosure Statement.

Kerin Motors, Inc. has no parent corporation or any publicly held corporation that owns ten percent (10%) or more of its stock.

Respectfully submitted this, the 2ND day of July, 2007

KERIN MOTORS, INC.

By: LAWRENCE MAGDOVITZ, II (BPR 020869)
*Law Offices of Lawrence Magdovitz*
8342 Macon Road
Cordova, TN 38018
(901) 737-0500
(901) 737-1604 (fax)
ATTORNEY FOR PLAINTIFF