IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, please enter the appearance of STEPHEN D. LOBAUGH as attorney of record for the defendant, the United States.

/s/ Stephen D. Lobaugh

Stephen D. Lobaugh
Attorney
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-1127
(202) 268-4089 (telephone)
(202) 268-5287 (facsimile)
stephen.d.lobaugh@usps.gov

August 3, 2007