IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR
AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to United States Court of Federal Claims Rules 6 and 6.1, defendant respectfully requests an enlargement of time of 60 days, to and including November 9, 2007, to respond to the complaint. Defendant's response is due on September 10, 2007. Plaintiff's attorney has indicated that plaintiff consents to this motion, which is defendant's first request for an enlargement of time.

This request is necessary because this case, which has been delegated to the United States Postal Service by the Department of Justice, was not received by undersigned counsel until on or about August 1, 2007, and because counsel will be out of the office for four days in September for a mediation in another matter. Additionally, counsel is likely to be out of the office in late September or early October for up to a week for depositions in another matter. Counsel is actively preparing defendant's response, but he needs additional time to thoroughly do so.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Stephen D. Lobaugh
Stephen D. Lobaugh
Attorney
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-1127
(202) 268-4089 (telephone)
(202) 268-5287 (facsimile)
stephen.d.lobaugh@usps.gov

September 6, 2007