IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO
RE-FILE APPENDIX WITH REDACTIONS

Defendant respectfully requests that the Court file the enclosed redacted versions of Appendix volumes 1 and 2 in place of Appendix volumes 1 and 2 that were filed on Friday, November 9. Plaintiff does not object to this motion.

After Defendant filed its Motion for Summary Judgment on November 9, 2007, counsel noticed in one of the lease documents, which is included in the Appendix, a reference to an "Identification Number," which appears to display the Social Security Numbers of the prior lessor and her husband. A subsequent thorough examination of the appendix turned up four additional references to an Identification Number or a Taxpayer Identification Number, all of which appear to be the Social Security Number of the prior lessor. Although counsel had previously checked the documents for references to Social Security Numbers, he did not realize that the Identification Numbers may be Social Security Numbers.

Counsel called the Office of the Clerk of this Court on November 13, 2007, immediately after discovering the oversight, to alert the clerk of the inadvertent filing of

material containing private information. Defendant requests that the Court file the enclosed redacted versions of Appendix volumes 1 and 2 in place of Appendix volumes 1 and 2 that were filed on Friday, November 9. The only changes counsel made are redactions of what appear to be Social Security Numbers on pages App. 2, 14, 23, 39, and 103. There have been no other changes to the documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

/s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

November 14, 2007