# Exhibit 5

UNITED STATES POSTAL SERVICE

# LEVEL ONE DOCUMENTATION

**New Lease Agreements and Renewal Options**

Facility Name/Location SIDNEY - MAIN OFFICE (488335-001)
W/S FM 589 SIDNEY TX 76474-9998

County: COMANCHE
Project: G69963

## PRESENT AGREEMENT

| | | |
|---|---|---|
| Term: Fixed Term | | Lease Exp. Date: 06/30/2000 |
| Annual Rent: $3,600.00 | $4.69 /Sq. Ft. | Square Feet: 768 |
| Options Available: for Years Total<br>Number of Days Notice: 0 | Next Option Amount /Annum | Termination Rights<br>0 None |

## PROPOSED AGREEMENT

| | | | |
|---|---|---|---|
| Type of Agreement: Lease | | | |
| Term: Fixed Term | | Lease Exp. Date: 06/30/2005 | |
| Annual Rent: $3,960.00 | $5.16 /Sq. Ft. | % Annual Increase: 2.00 | |
| Options Available: 2 for 10 Years Total<br>Number of Days Notice: 30 | Next Option Amount<br>$4,356.00 /Annum | Termination Rights<br>30 Days Notice | |
| ABC: Certificate on File | | Land Value<br>$.00 | Building Value<br>$.00 |

## NEGOTIATION SUMMARY

Lessor's Initial Offer: $.00

USPS Initial Offer: $.00

Changes in Lessor/USPS Responsibilities:
No change in responsibilities.

## RECOMMENDATION

Acceptance is recommended. Rent is less than $10,000 per year and, in the judgement of the undersigned, does not exceed FAR.

Field Inspection was not done.

FCT Review: [signature]

| Date | Name | Real Estate Specialist Signature |
|---|---|---|
| 12/9/1998 | WILLIAM MCMURRY | William L. McMurry |

**ACCEPTANCE**

| Date | Name | Contracting Officer Signature |
|---|---|---|
| 12/23/98 | THOMAS JACOBS | [signature] |

RELSEDOC1 (June 96, v1.12, P)

# Exhibit 6

**DECLARATION OF THOMAS W. JACOBS**

I, Thomas W. Jacobs, under the provisions of 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief. I have personal knowledge of the facts set forth in this declaration.

1. I have been employed by the U.S. Postal Service since 1986. I have worked in the Dallas, Texas Facilities Service Office as a Real Estate Specialist since 1991. I have been vested with contracting authority through a contracting officer's warrant since 1992. This office is responsible for leasing facilities for the Postal Service, including Post Offices, in the Southwest area. This responsibility includes the lease of the Sidney, Texas Post Office ("Sidney Post Office"), located at W/S FM 589, Sidney, Texas.

2. On or about December 23, 1998, after reviewing Level One Documentation provided to me by Real Estate Specialist William McMurry (Ex. 5), I signed the lease between Margaret Allen and the Postal Service for the lease of the Sidney Post Office property. (Ex. 3).

3. I do not recall what, if any, riders were attached to the lease at the time I signed it in December 1998.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Thomas W. Jacobs
Date: Nov. 8, 2007

# Exhibit 7

DALLAS FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

June 2, 1999

Kerin Motors, Inc.
% Lawrence M. Magdovitz
P.O. Box 997
Clarksdale, MS 38614-0997

Dear Mr. Magdovitz:

Subject: Change of Ownership
Sidney, TX 76474 - Main Post Office

This office is in receipt of the proper documentation regarding change of ownership for subject facility. This change is effective June 1, 1999.

***Reminder:*** According to our lease agreement all rentals are paid in arrears. Rental checks are mailed out five days prior to the end of the month, therefore, you should receive by the end of the month. Also, there is no need to send rental statements to the Postal Service as payments are automatically issued on a regular basis.

Should you have any questions regarding this lease, please contact Kathy Bjurman, USPS Real Estate Specialist, at 214.819.8951.

Thank you for providing this space for Postal use.

Sincerely,

Debbie Estes
Facilities Contract Technician

Enclosures

xc: Postmaster w/copy of DERP
Manager, Administrative Services w/copy of DERP
Margaret L. Allen

P.O. BOX 667180
DALLAS, TX 75266-7180
214.819.7201
FAX: 214.819.7280

# CERTIFICATE OF TRANSFER OF TITLE TO LEASED PROPERTY

1256

TO THE POSTMASTER GENERAL:

THIS IS TO CERTIFY that the premises now occupied by the U.S. Postal Service and known as Main Postoffice (Facility designation), and located at W/S FM 589 (Number and street address), Sidney (City), Texas (State), 76474-9998 (ZIP+4), by virtue of a lease ~~dated~~ filed September 1, 1993, and recorded in volume 712, Page 253 of the land records of Comanche County, State of Texas, have been sold and transferred, with all the rights, rents, and easements thereunto belonging or appertaining and that TITLE therefore passed to Kerin Motors, Inc., a Mississippi corporation, (Name(s) of person(s), company or corporation to whom title is transferred) Box 997 (112 East Second St.) (Number and street address), Clarksdale (City), Mississippi (State), 38614-0997 (ZIP+4), hereinafter called "grantee", by a good and sufficient deed dated May, 19 99, and that the said lease for the premises herein described has been duly assigned to the grantee, and that all rents for the said premises which become due from and after the first day of the first month thereafter following the date of execution of this instrument shall be paid to the above named grantee.

Signed and sealed this 19 day of May, 19 99.

[signature] Margaret L. Allen (Grantor) (SEAL)

[signature]

[signature] (Two witnesses are required)

(Grantor) (SEAL)

(Grantor) (SEAL)

GRANTEE CONFIRMATION this 17th day of May, 19 99.

[signature] Kerin Motors, Inc. a Mississippi corporation (Grantee) (SEAL)

[signature] (Two witnesses are required)

by: [signature] Lawrence M. Magdovitz, President (Grantee) (SEAL)

(SEAL)

64-0694603
(Grantee's Federal ID No. or Social Security No.)

PS Form 7481, July 1988

1255

**The State of Texas,**
**County of** Comanche

**Know All Men by These Presents:**

That Margaret L. Allen

of the County of San Antonio State of Texas for and in consideration

of the sum of DOLLARS

Ten Dollars and other good and valuable consideration

to her in hand paid by

KERIN MOTORS, INC., a Mississippi corporation as follows:

Cash

have Granted, Sold and Conveyed, and by these presents do Grant, Sell and Convey unto the said

KERIN MOTORS, INC., a Mississippi corporation, domiciled at 112 E. Second Street

of the County of Coahoma State of Mississippi all that certain real property situated in the Village of Sidney, Comanche County, Texas, more particularly described as follows, to-wit:

All that certain lot, tract or parcel of land situated in the Town of Sidney, in Comanche County, Texas, being

FILED FOR RECORD
AT 1/4 O'CLOCK P M
MAY 20 1999
Betty Conway
Clerk County Court, Comanche Co., Texas

PROVISIONS CONTAINED IN ANY DOCUMENT WHICH RESTRICT THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR ARE INVALID UNDER FEDERAL LAW AND ARE UNENFORCEABLE

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

INDEXED AND REC.

LAWRENCE M. MAGDOVITZ

ATTORNEY AND COUNSELOR AT LAW

MISSISSIPPI OFFICE
[illegible] 112 E. Second
P.O. BOX 997
CLARKSDALE, MISSISSIPPI 38614-0997
601-627-6250
[illegible]
FAX (601) 624-4821

TENNESSEE OFFICE
215 CENTER STREET
P.O. BOX 543
COLLIERVILLE, TENNESSEE 38027-0543
(901) 853-7164

PLEASE REPLY TO FOLLOWING OFFICE:
Clarksdale


May 28, 1999

Facility Contract Technician
United States Postal Service
Facilities Service Center
DAllas, Texas

re: Sidney, Tecas Postal Facility

Dear Technician:

Enclosed you will find the following documents pertaining to the recent purchase of the above captioned facility by Kerin Motors, Inc. from Margaret L. Allen

1) Copy of recorded deed with recording information.

2) Copy of USPS form 7461 with recording information, existing lease and new lease.

3) Certification of Emergency Repair Personnel.

4) Information sheet on new owner.

Please mark your records accordingly. Have the monthly rental check mailed to:

Kerin Motors, Inc.
Box 997
Clarksdale, Ms. 38614-0997

If you have any questions, please contact me immediately. If everything is acceptible, then please forward written notification that this transfer of ownership has been completed.

With best regards, I am

Sincerely,

Lawrence M. Magdovitz
Attorney at Law

**INFORMATION SHEET - NEW OWNERS**

Name of Post Office Sidney, Texas 76474-9998

Rental checks should be made payable to:

Kerin Motors, Inc.
Name

Name

Rental checks should be addressed to:

Box 997
Street address or P. O. Box

Clarksdale, Ms. 38614
City, State, Zip Code

Address of new owner if different than payee address:

Street address or P. O. Box

City, State, Zip Code

Owner's Telephone Number 601-627-6250

Please furnish your federal identification (tax) number. If you have none, furnish the names and social security numbers of yourself, your spouse, and all parties in joint ownership of the property.

Federal ID# 64-0694603

SS# ____________ Name Kerin Motors, Inc.

SS# ____________ Name ____________

SS# ____________ Name ____________

Signature of Owner(s) Kerin Motors, Inc.

by: [signature]

Lawrence M. Magdovitz, President

5/27/99

# Exhibit 8

**DECLARATION OF KATHY L. BJURMAN**

I, Kathy L. Bjurman, under the provisions of 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief. I have personal knowledge of the facts set forth in this declaration.

1. I have been employed by the U.S. Postal Service since 1978. I have worked for the last eleven and one-half years in the Dallas, Texas Facilities Service Office. For the last nine years I have held the title of Real Estate Specialist. I have been vested with contracting authority through a contracting officer's warrant since November 15, 2000. This office is responsible for leasing facilities for the Postal Service, including Post Offices, in the Southwest area. This responsibility includes the lease of the Sidney, Texas Post Office ("Sidney Post Office"), located at W/S FM 589, Sidney, Texas.

2. In May 2002, I reviewed the Postal Service's lease of the Sidney Post Office to prepare to renew the lease with Kerin Motors, Inc. Upon information and belief, Kerin Motors had purchased the Sidney Post Office from the previous lessor, Margaret Allen, in approximately May 1999.

3. The Postal Service's lease of the Sidney Post Office was typical of its other Post Office leases. The lease was for a five-year term, from July 1, 2000 through June 30, 2005, and it had been newly negotiated (rather than being the result of a renewal option) and executed in December 1998 with the property's previous owner, Margaret Allen. The lease contained two renewal options, each of which allowed the Postal Service to renew the lease for an additional five years, at an amount agreed to in advance when the lease was executed in 1998. (Ex. 3).

4. In May 2002, when I reviewed the lease that ran from July 1, 2000 through June 30, 2005, I discovered a reference to a Reimbursement Tax Rider in Section 7 ("Other Provisions") of the lease. The rider was not attached to the lease, and I knew that the prior owner, Margaret Allen, had not requested that tax reimbursement be negotiated into the lease at the time she signed the lease renewal in December 1998. I also knew that the current owner, Kerin Motors, had never requested a tax reimbursement; therefore, I believed the reference was in error. I placed a note in the file on May 7, 2002, that reflected my belief that the reference was in error and the reasons for my belief. (Ex. 9).

5. On May 13, 2002, the Postal Service exercised the first five-year renewal option provided in the lease. The new lease term was from July 1, 2005 through June 30, 2010. It is typical for the Postal Service to renew leases three years prior to the expiration of the previous lease term to allow it to plan for the future. (Ex. 10).

6. From the time Kerin Motors purchased the Sidney Post Office in May 1999 until November 2006, it never submitted a property tax reimbursement request, nor did it raise the issue of property tax reimbursement to me or to anyone else in my office that I am aware of.

7. In 2006, the Postal Service received a letter from Lawrence M. Magdovitz, Kerin Motors' attorney, dated November 4, 2006, requesting reimbursement for $286.32 in real estate property taxes that Kerin Motors allegedly paid on the Sidney Post Office for the 2006 tax year. (Ex. 11).

8. Soon after receiving the letter attached as Exhibit 11, the Postal Service received a second letter from Lawrence M. Magdovitz, Kerin Motors' attorney, dated

November 14, 2006, requesting reimbursement for $279.12 in real estate property taxes that Kerin Motors allegedly paid on the Sidney Post Office for the 2004 tax year. (Ex. 12).

9. After receiving these claims, I checked the lease file again and confirmed that there was no Reimbursement Tax Rider attached to the lease in the file.

10. On or about December 20, 2006, I notified Kerin Motors by letter that its lease did not include a Reimbursement Tax Rider and that, therefore, the Postal Service would not honor any future tax reimbursement requests. (Ex. 13).

11. The Postal Service received another letter from Lawrence Magdovitz of Kerin Motors, dated December 27, 2006, that stated the Postal Service was "directed to cure [the Postal Service's] breach" by paying past tax reimbursement requests. The letter set forth additional claims for reimbursement for alleged property tax payments for the Sidney Post Office, as follows:

- $175.79 – 1999 tax year
- $175.02 – 2000 tax year
- $173.93 – 2001 tax year
- $221.19 – 2002 tax year
- $240.56 – 2003 tax year
- $274.27 – 2004 tax year
- $299.21 – 2005 tax year
- $286.32 – 2006 tax year

(Ex. 14).

12. On February 7, 2007, I issued to Kerin Motors a final decision letter denying its claim for property tax reimbursement in its entirety. (Ex. 15).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Kathy L. Bjurman
Kathy L. Bjurman
Date: Nov 8, 2007

# Exhibit 9

5-7-02

Note to file:

While working the renewal option on the lease, I found that the lease states under paragraph 7 that it contains a Reimbursement Tax Rider. I believe this was included in error. There is no Tax Rider included in the lease and the past lease did not contain a rider either. Lessor has always maintained the maintenance and taxes. Since the owner at the time of acceptance (12/98) did not bring it up as an issue, and the new owner since 99 (Magdovich) has never sent in any tax reimbursement requests, we will assume at this time a tax rider is not a part of this lease.

# Exhibit 10

UNITED STATES POSTAL SERVICE

# Exercise of Renewal Option

Facility Name/Location SIDNEY - MAIN OFFICE
W/S FM 589 SIDNEY TX 76474-9998

County: COMANCHE
Project: G21922

TO
KERIN MOTORS INC
LAWRENCE M MAGDOVITZ PRES
BOX 997
CLARKSDALE MS 38614-0997

Certified Mail #: 82757213

Issuing Office
Dallas FSO
7800 N Stemmons Frwy
Suite 400
Dallas TX 75247-4217

Date of Existing Contract: 12/23/1998

Options available (Number and Years)
2 Option(s) covering 10 Years

Pursuant to the contract with you covering this facility, the Postal Service hereby exercises its option to renew said contract as follows:

| Term: 5 years | From (Date): 07/01/2005 | To (Date): 06/30/2010 | Annual Rate: $4,356.00 |
|---|---|---|---|

There is/are 1 renewal option(s) remaining. In all other respects the said contract shall remain the same and is hereby confirmed.

Remarks
EXERCISE FIRST OF TWO, 5-YEAR RENEWAL OPTIONS.

THANK YOU FOR PROVIDING THIS SPACE FOR POSTAL USE.

| Date | Name of Contracting Officer | Signature |
|---|---|---|
| 05/13/2002 | KATHY BJURMAN | Kathy L. Bjurman |

☐ Postmaster ☐ RES ☐ District

RERENEWAL (Nov 97, v2.00, P)

# Exhibit 11

332

**LAWRENCE M. MAGDOVITZ**

ATTORNEY AND COUNSELOR AT LAW

11/4/06

MISSISSIPPI OFFICE
[illegible]
P.O. BOX [illegible]
CLARKSDALE, MISSISSIPPI [illegible]
601-627-6250
[illegible]
FAX (601) [illegible]

TENNESSEE OFFICE
[illegible] CENTER STREET
P.O. BOX 643
COLLIERVILLE, TENNESSEE [illegible]
(901) [illegible]

PLEASE REPLY TO
FOLLOWING OFFICE:
Clarksdale

NOV 1 3 2006

Facilities Contract Technician
U.S POSTAL SERVICE
FACILITY SERVICE OFFICE
Dallas, Texas

Re: U. S. Postal facility locate at Sidney TX
Owner: Kevin Motors Inc

Dear Sirs:

The current taxes on the above facility have been paid by the owner under the terms of the lease agreement on the above facilit

The lease agreement provides that upon payment and notification to the Postal Service by attaching a paid receipt, the sum paid shall be reimbursed by the Postal Service to the owner.

Please place the enclosed bill in line for payment.

Sincerely,

Lawrence M. Magdovitz
Attorney at Law

1st Tax Request

# TAX RECEIPT

Date Entered:11/01/2006

GAY HORTON GREEN TAX ASSESSOR/COLLECTOR
COMANCHE COUNTY COURTHOUSE
101 W. CENTRAL
COMANCHE, TEXAS 76442

Receipt #: 957636

| Owner Information | Property Information | Payment Information |
|---|---|---|
| Owner ID: 33248<br>KERIN MOTORS, INC<br>PO BOX 997<br>CLARKSDALE, MI 38614 | Prop ID: R4388<br>XRef ID: R4388<br>A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES .107, (TR 17) | Date Paid: 11/01/2006<br>Total Paid: 286.32<br>Batch: 11/01/06<br>Operator: GH<br>Method: CK 8437<br>Payer: KERIN MOTORS, INC |

| Entity | Year | Rate | Stmt ID | Original Tax | Disc / PI | Attorney Fee | Taxable | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| COUNTY ROAD AND BR | 2006 | 0.15550 | 8612 | 21.63 | 0.00 | 0.00 | 13,910 | 21.63 |
| COMANCHE COUNTY | 2006 | 0.42780 | 8612 | 59.51 | 0.00 | 0.00 | 13,910 | 59.51 |
| HOSPITAL DISTRICT | 2006 | 0.25000 | 8612 | 34.78 | 0.00 | 0.00 | 13,910 | 34.78 |
| SIDNEY ISD | 2006 | 1.21000 | 8612 | 168.31 | 0.00 | 0.00 | 13,910 | 168.31 |
| MIDDLE TRINITY WAT | 2006 | 0.01500 | 8612 | 2.09 | 0.00 | 0.00 | 13,910 | 2.09 |
| | | | | | | | | 286.32 |

NOV 13 2006

Thanks for doing business with us!

(c) 2000 The Software Group, Inc.



11/01/2006 10:09

# Exhibit 12

418

# LAWRENCE M. MAGDOVITZ

ATTORNEY AND COUNSELOR AT LAW

11/18/06

MISSISSIPPI OFFICE
XXXXXXXXXXXX
P.O. BOX 987
CLARKSDALE, MISSISSIPPI 38614-0987
601-627-6250
XXXXXXXXXXX
FAX (601) 624-4381

TENNESSEE OFFICE
716 CENTER STREET
P.O. BOX 643
COLLIERVILLE, TENNESSEE 38027-01
(901) 853-7164

PLEASE REPLY TO
FOLLOWING OFFICE:
Clarksdale

Facilities Contract Technician
U.S POSTAL SERVICE
FACILITY SERVICE OFFICE
Dallas, Texas

NOV 17 2006

Re: U. S. Postal facility locate at Sidney, TX
Owner: Kevin Motors.

Dear Sirs:

The current taxes on the above facility have been paid by the owner under the terms of the lease agreement on the above facilit

The lease agreement provides that upon payment and notification to the Postal Service by attaching a paid receipt, the sum paid shall be reimbursed by the Postal Service to the owner.

Please place the enclosed bill in line for payment.

Sincerely,

Lawrence M. Magdovitz
Attorney at Law

McCREA , VESELKA, BRAGG & ALLEN, C.
ATTORNEYS AT LAW
P.O. BOX 1669
WACO, TEXAS 76703-1669

May 24, 2005

RE: County of Comanche

047 0325 030890 B 001994
KERIN MOTORS, INC
PO BOX 997
CLARKSDALE MS 38614-0997

This law firm has been retained to collect unpaid property taxes due to **COUNTY OF COMANCHE**. According to the tax records, there are unpaid taxes on property assessed in your name. The property description, years due, and the amount due are as follows:

| | |
|---|---|
| **ACCOUNT #:**<br>R4388 | **YEAR(S) DUE:**<br>2004 |
| **PROPERTY DESCRIPTION:**<br>ABSTRACT A00510 H.T. & B. R.R. CO.<br>(SEC 3 ), ACRES 0.1070, (TR 17) | **TOTAL DUE DURING**<br>MAY, 2005: $ 274.26<br>JUNE, 2005: $ 279.12 |

**IF YOU HAVE PAID THESE TAXES SINCE MAY 6, 2005, PLEASE DISREGARD THIS NOTICE.**

This notice is required by law to be delivered to all accounts on the delinquent tax roll regardless of payment agreements, legal proceedings which may be pending or other notices from our office which you may have received. **If this property is under the jurisdiction of the U. S. Bankruptcy Court, legal action will be confined to the appropriate Bankruptcy Court proceedings.**

Pursuant to section 33.07 of the Texas property tax code you are notified that an additional penalty will be added to your 2004 taxes unless such taxes are paid prior to July 1, 2005. This penalty will be in addition to the normal accrual of penalty and interest provided by law.

Payment must be made to **Tax Assessor-Collector for County of Comanche** and sent directly to Tax Assessor-Collector, 101 West Central, Comanche, Texas 76442 (325) 356-3101 .

RETURN THIS LETTER TO THE TAX OFFICE WITH YOUR PAYMENT TO INSURE PROPER CREDIT.

Very truly yours,

S J Veselka

S. J. Veselka

NOV 17 2006

Date Entered:05/31/2005

# TAX RECEIPT

** DUPLICATE **

GAY HORTON GREEN TAX ASSESSOR/COLLECTOR
COMANCHE COUNTY COURTHOUSE
101 W. CENTRAL
COMANCHE, TEXAS 76442

Receipt #: 862696

| Owner Information | Property Information | Payment Information |
|---|---|---|
| KERIN MOTORS, (33248)<br>PO BOX 997<br>CLARKSDALE, MI 38614 | Prop ID: R4388<br>XRef ID: SSI-03-103<br>ABSTRACT A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES 0.1070, (TR 17) | Date Paid: 05/31/2005<br>Total Paid: 274.27<br>Batch: 05/31/05<br>Operator: MLR<br>Method: CK 7511<br>Payer: LAWRENCE MAGDOVITZ |

| Entity | Year | Rate | Stmt ID | Original Tax | Disc / PI | Attorney Fee | Taxable | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| COUNTY ROAD AND BR | 2004 | 0.14650 | 8453 | 16.94 | 2.20 | 0.00 | 11,560 | 19.14 |
| COMANCHE COUNTY | 2004 | 0.40140 | 8453 | 46.40 | 6.04 | 0.00 | 11,560 | 52.44 |
| HOSPITAL DISTRICT | 2004 | 0.22660 | 8453 | 26.20 | 3.41 | 0.00 | 11,560 | 29.61 |
| SIDNEY ISD | 2004 | 1.31000 | 8453 | 151.44 | 19.69 | 0.00 | 11,560 | 171.13 |
| MIDDLE TRINITY WAT | 2004 | 0.01500 | 8453 | 1.73 | 0.22 | 0.00 | 11,560 | 1.95 |
| | | | | | | | | 274.27 |

NOV 17 2006

Thanks for doing business with us!

(c) 2000 The Software Group, Inc.



05/31/2005 15:34

# Exhibit 13

SOUTHWEST FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

December 20, 2006

LAWRENCE MAGDOVITZ
KERIN MOTORS INC
PO BOX 997
CLARKSDALE MS 38614-0997

RE: Sidney TX 76474 – Main Post Office
Tax Reimbursement

Dear Mr. Magdovitz:

You recently submitted a request for a 2006 tax reimbursement for Sidney TX. The reimbursement was processed last week, but in error. This lease never has had and does not now have a tax rider. In reviewing the lease, it appears the lease that was signed by the previous owner had a tax rider listed under paragraph 7, Other Provisions. This was a clerical error. Since the beginning of this leased facility in 1968, there has never been a tax rider. We have never received or processed a request either from the previous owner or you as the new owner who acquired this property in 1999.

The recent check for 2006 taxes was sent out in error. A stop pay has been issued. I understand our technician talked to you explaining this error. I am also returning your request for a tax reimbursement for your 2004 taxes. I'm sorry for any inconvenience this may have caused you.

Sincerely,

Kathy L. Bjurman
Contracting Officer

Cc: FSO 402, File

PO Box 667180
DALLAS TX 75266-7180
TELE: (214) 819-7201
FAX: (214) 819-7280

# Exhibit 14

THE LAW OFFICES OF
LAWRENCE M. MAGDOVITZ

Lawrence M. Magdovitz*
Lawrence M. Magdovitz, II+

*Licensed in KY, MS & TN
+Licensed in MS & TN

PLEASE REPLY TO TENNESSEE OFFICE

December 27, 2006

RECEIVED
JAN 0 3 2007
Facilities Service Office
Dallas, TX

Margaret Allen
Brunners Leon
830-438-2413
1311 Springwood Dr
Spring Branch TX

VIA MAIL

Kathy Bjurman
USPS-Southwest FSO
P.O. Box 667180
Dallas, TX 75266-7180

RE: Sidney, TX 76474-Main Post Office
Tax Reimbursement

Dear Ms. Bjurman:

Please be advised that Kerin Motors, Inc., my client, is in receipt of your letter of December 20, 2006 concerning the request for reimbursement of property taxes on the above referenced post office. My client is somewhat surprised at the USPS's position in this matter. The lease clearly states that there is a tax reimbursement rider incorporated into the lease. The reason that my client failed to request tax reimbursements on this facility is that it overlooked this reimbursement clause out of the hundreds of reimbursement requests it makes each year. In any event, the failure of my client to request reimbursement of the taxes does not absolve the USPS of its contractual obligations.

My client believes your position is substantially unjustified as it contradicts the plain language of the lease contract. This letter shall serve as my client's notice to you that the USPS is in breach of the lease agreement for this facility and you are directed to cure your breach. My client demands that you honor the lease and honor tax reimbursement requests for this facility including the ones submitted and denied. My client is making property tax reimbursement requests for tax years 1999 through 2006 pursuant to this letter which I have also copied to Sharon Russell, the contract technician.

The amounts requested for reimbursement are as follows and have the supporting documents attached:

1. 1999 $175.79
2. 2000 $175.02
3. 2001 $173.93
4. 2002 $221.19
5. 2003 $240.56

MISSISSIPPI OFFICE
108 EAST SECOND STREET
P.O. BOX 627
CLARKSDALE, MS 38614
PHONE: 662-627-5350
FAX: 662-627-5372

TENNESSEE OFFICE
8342 MACON ROAD
CORDOVA, TN 38018
PHONE: 901-737-0500
FAX: 901-737-1604

E-MAIL: LARRY@MAGDOVITZ.COM

6. 2004 $274.27
7. 2005 $299.21
8. 2006 $286.32

My client asks that you reconsider your position concerning this lease agreement and issue tax reimbursements for the above-referenced years and amounts. Therefore, please issue a final contracting officer's decision approving or denying the tax reimbursement requests for this facility. We would appreciate your final contracting officer's decision being issued within two (2) weeks from the date of this letter. If you have any questions please contact me at (901) 737-0500.

Sincerely,

Lawrence "Larry" Magdovitz, II

LMM/xx
Enclosuires
Cc: File

108 EAST SECOND STREET – P.O. BOX 627 • CLARKSDALE, MS • 38614
PHONE: 662-627-5350 • FAX: 662-627-5372
LARRY@MAGDOVITZ.COM

Comanche Central Appraisal District
THE SOFTWARE GROUP, INC.

A C A D S Y S T E M
2002 LEVY ROLL FOR ENTITIES: GCM, FMB, SCO, SSI, SGU, CGU, HCC

10/03/02 02:27pm
PAGE 1498

| OWNER NAME AND ADDRESS | PROPERTY DESCRIPTION | EXEMPTIONS | VALUES | TAX AMOUNT |
|---|---|---|---|---|
| PID: R11219 (1973)<br>KERBY, ELMON A JR &<br>AURELIA KERBY ESTATE<br>% KEN KERBY<br>7509 BRENTWOOD<br>N RICHLAND HILLS, TX 76180 | A00424 HATTON, MARMADUKE S., ACRES 231.24, LIFE ESTATE<br>SITUS: 450 CO RD<br>ENTS: GCM,FMB,SDE,HCC | AG, 187,540 | AGUSE-1D1$ 37,630<br>LAND NHS $ 980<br>IMPR NHS $ 11,270<br>ASSESSED $ 49,880<br>GCM 49,880<br>FMB 49,880<br>HCC 49,880 | STATEMENT # 8466<br>COMANCHE COUN $187.25<br>COUNTY ROAD $82.35<br>HOSPITAL DIST $113.03<br>STATEMENT TAX $382.63 |
| PID: R3779 (3683)<br>KERBY, ROSA MAE<br>1003 W COLLEGE<br>COMANCHE, TX 76442-2229 | LAKESIDE, BLOCK 8, LOT 1 W 25', 2<br>SITUS: 1003 W. COLLEGE<br>COMANCHE, TX 76442<br>ENTS: GCM;FMB,SCO,CCO,HCC | F79 HS,OA 0.00<br>9,000 FMB<br>11,800 SCO | LAND HS $ 1,820<br>IMPR HS $ 13,850<br>HS ADJ $ 3,870<br>ASSESSED $ 11,800<br>GCM 11,800<br>FMB 8,800<br>SCO 0<br>HCC 11,800 | STATEMENT # 8467<br>COMANCHE COUN $44.30<br>COUNTY ROAD $14.53<br>COMANCHE ISD $0.00<br>HOSPITAL DIST $26.74<br>STATEMENT TAX $85.57 |
| PID: R4906 (33248)<br>KERIN MOTORS, INC<br>PO BOX 987<br>CLARKSDALE, MI 38614 | SPEED, BLOCK 1, LOT 2 PT & 3, (TR 5)<br>SITUS: MAIN ST<br>GUSITNE, TX 76455<br>ENTS: GCM,FMB,SGU,CGU,HCC | | LAND NHS $ 2,110<br>IMPR NHS $ 16,770<br>ASSESSED $ 18,880<br>GCM 18,880<br>FMB 18,880<br>SGU 18,880<br>CGU 18,880<br>HCC 18,880 | STATEMENT # 8468<br>COMANCHE COUN $70.88<br>COUNTY ROAD $31.17<br>GUSTINE ISD $271.68<br>CITY OF GUSTI $18.88<br>HOSPITAL DIST $42.78<br>STATEMENT TAX $435.39 |
| PID: R4388 (33248)<br>KERIN MOTORS, INC<br>PO BOX 987<br>CLARKSDALE, MI 38614 | A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES .107, (TR 17)<br>SITUS: 589 FM RD<br>ENTS: GCM,FMB,SSI,HCC | | LAND NHS $ 180<br>IMPR NHS $ 10,520<br>ASSESSED $ 10,700<br>GCM 10,700<br>FMB 10,700<br>SSI 10,700<br>HCC 10,700 | STATEMENT # 8469<br>COMANCHE COUN $40.17<br>COUNTY ROAD $17.67<br>SIDNEY ISD $139.10<br>HOSPITAL DIST $24.25<br>STATEMENT TAX $221.19 |
| PID: R64269 (30675)<br>KERLEY, BILL<br>RR 2 BOX C-25<br>HICO, TX 76457 | A01186 ONSTOTT, FELPS, ACRES 1.0<br>SITUS: 351 CO RD<br>Shared ERCAD: R62611 | AG 1,250 | AGUSE-1D1$ 80<br>ASSESSED $ 80<br>GCM 80<br>FMB 80<br>HCC 80 | STATEMENT # 8470<br>COMANCHE COUN $0.30<br>COUNTY ROAD $0.13<br>HOSPITAL DIST $0.18<br>STATEMENT TAX $0.61 |

2001

| Owner | Legal Description | Code | Exemptions | Item | Value | Entity | Tax |
|---|---|---|---|---|---|---|---|
| 76844 | | | | GCM | 7,610 | COMANCHE COUN | $28.48 |
| | | | | FMB | 7,610 | COUNTY ROAD | $12.66 |
| | | | | HCO | 7,610 | COMANCHE HOSP | $17.24 |
| | | | | | | STATEMENT TAX | $58.38 |
| 3) | SUNSET HILLS, BLOCK 5, LOT 6, 22.5' | | HS,OA | LAND HS $ | 3,150 | STATEMENT # | 8572 |
| R ESTATE & | OF LOT 7 | F89 | 50.03 | IMPR HS $ | 49,330 | | |
| | | | | ASSESSED $ | 52,480 | | |
| | SITUS: 302 SUNSET | | | GCM | 52,480 | COMANCHE COUN | $196.38 |
| 442-0687 | COMANCHE, TX 76442 | | 3,000 | FMB | 49,480 | COUNTY ROAD | $82.29 |
| | ENTS: GCM,FMB,SCO,CCO,HCO | | 25,000 | SCO | 27,480 | COMANCHE ISD. | $50.03 |
| | | | | HCO | 52,480 | COMANCHE HOSP | $118.92 |
| | | | | | | STATEMENT TAX | $447.62 |
| 7 | A00424 HATTON, MARMADUKE S., ACRES | A6 | 170,480 | AGUSE-1D1$ | 36,540 | STATEMENT # | 8573 |
| R ESTATE & | 231.24, LIFE ESTATE | | | LAND NHS $ | 890 | | |
| | | | | IMPR NHS $ | 10,250 | | |
| | SITUS: 450 CO RD | | | ASSESSED $ | 47,680 | | |
| 442-0687 | ENTS: GCM,FMB,SDH,HDE | | | GCM | 47,680 | COMANCHE COUN | $178.42 |
| | | | | FMB | 47,680 | COUNTY ROAD | $79.29 |
| | | | | | | STATEMENT TAX | $257.7 |
| 3) | LAKESIDE, BLOCK 8, LOT 1 W 25', 2 | | HS,OA | LAND HS $ | 1,820 | STATEMENT # | 8574 |
| | | F79 | 0.00 | IMPR HS $ | 8,910 | | |
| | SITUS: 1003 W. COLLEGE | | | ASSESSED $ | 10,730 | | |
| 442-2229 | COMANCHE, TX 76442 | | | GCM | 10,730 | COMANCHE COUN | $40.15 |
| | ENTS: GCM,FMB,SCO,CCO,HCO | | 3,000 | FMB | 7,730 | COUNTY ROAD | $12.86 |
| | | | 10,730 | SCO | 0 | COMANCHE ISD | $0.00 |
| | | | | HCO | 10,730 | COMANCHE HOSP | $24.31 |
| | | | | | | STATEMENT TAX | $77.3 |
| 48) | SPEED, BLOCK 1, LOT 2 PT & 3, (TR | | | LAND NHS $ | 2,110 | STATEMENT # | 8575 |
| | 5) | | | IMPR NHS $ | 13,740 | | |
| | | | | ASSESSED $ | 15,850 | | |
| 38614 | SITUS: MAIN ST | | | GCM | 15,850 | COMANCHE COUN | $59.31 |
| | GUSTINE, TX 76455 | | | FMB | 15,850 | COUNTY ROAD | $26.36 |
| | ENTS: GCM,FMB,SGU,CGU,HCO | | | SGU | 15,850 | GUSTINE ISD | $205.26 |
| | | | | CGU | 15,850 | CITY OF GUSTI | $15.85 |
| | | | | HCO | 15,850 | COMANCHE HOSP | $35.92 |
| | | | | | | STATEMENT TAX | $342.7 |

Kevin Winters

PID: R3779 (3683)
KERBY, ROSA MAE
1003 W COLLEGE
COMANCHE, TX 76442-2229

LAKESIDE, BLOCK 8, LOT 1 W 25'. 2 F79
SITUS: 1003 W. COLLEGE
COMANCHE, TX 76442
ENTS: GCM,FMB,SCO,CCO,HCC,WTD

HS.0A 0.00 | 3,000 | 12,980

| | | | | |
|---|---|---|---|---|
| LAND HS $ | 1,540 | STATEMENT # | 8484 | |
| IMPR HS $ | 14,500 | | | |
| HS ADJ $ | 3,080 | | | |
| ASSESSED $ | 12,980 | | | |
| GCM | 12,980 | COMANCHE COUN | | $49.78 |
| FMB | 9,980 | COUNTY ROAD | | $15.58 |
| SCO | 0 | COMANCHE ISD | | $0.00 |
| HCC | 12,980 | HOSPITAL DIST | | $29.41 |
| WTD | 12,980 | TRINITY WATER | | $1.95 |
| | | STATEMENT TAX | | $96.70 |

---

PID: R4906 (33248)
KERIN MOTORS, INC
PO BOX 997
CLARKSDALE, MI 38614

SPEED, BLOCK 1, LOT 2 PT & 3, (TR 5)
SITUS: MAIN ST
GUSTINE, TX 76455
ENTS: GCM,FMB,SGU,CGU,HCC,WTD

| | | | | |
|---|---|---|---|---|
| LAND NHS $ | 2,110 | STATEMENT # | 8485 | |
| IMPR NHS $ | 17,310 | | | |
| ASSESSED $ | 19,420 | | | |
| GCM | 19,420 | COMANCHE COUN | | $74.48 |
| FMB | 19,420 | COUNTY ROAD | | $30.28 |
| SGU | 19,420 | GUSTINE ISD | | $292.62 |
| CGU | 19,420 | CITY OF GUSTI | | $25.25 |
| HCC | 19,420 | HOSPITAL DIST | | $44.01 |
| WTD | 19,420 | TRINITY WATER | | $2.91 |
| | | STATEMENT TAX | | $469.55 |

---

PID: R4388 (33248)
KERIN MOTORS, INC
PO BOX 997
CLARKSDALE, MI 38614

A00510 H.T. & B. R.R. CO. (SEC 3 ),
ACRES .107, (TR 17)
SITUS: 2051 FM 589
SIDNEY, TX 76474
ENTS: GCM,FMB,SSI,HCC,WTD

| | | | | |
|---|---|---|---|---|
| LAND NHS $ | 200 | STATEMENT # | 8486 | |
| IMPR NHS $ | 11,360 | | | |
| ASSESSED $ | 11,560 | | | |
| GCM | 11,560 | COMANCHE COUN | | $44.33 |
| FMB | 11,560 | COUNTY ROAD | | $18.02 |
| SSI | 11,560 | SIDNEY ISD | | $150.28 |
| HCC | 11,560 | HOSPITAL DIST | | $26.20 |
| WTD | 11,560 | TRINITY WATER | | $1.73 |
| | | STATEMENT TAX | | $240.56 |

---

PID: R64269 (30675)
KERLEY, BILL
1450 FM 2823
DUBLIN, TX 76446-8720

A01166 ONSTOTT, FELPS, ACRES 1.0 AG 1,560
SITUS: CR 351
Shared ERCAD: R62611

| | | | | |
|---|---|---|---|---|
| AGUSE-1D1$ | 70 | STATEMENT # | 8487 | |
| ASSESSED $ | 70 | | | |
| GCM | 70 | COMANCHE COUN | | $0.27 |
| FMB | 70 | COUNTY ROAD | | $0.11 |
| HCC | 70 | HOSPITAL DIST | | $0.16 |
| WTD | 70 | TRINITY WATER | | $0.01 |
| | | STATEMENT TAX | | $0.55 |

---

PID: R9776 (9531)
KERLEY, BROOKS (J B)
551 CR 416
COMANCHE, TX 76442

A02084 FAULKNER, A. J. , ACRES 0.21 AG 230
SITUS: CR 404
ENTS: GCM,FMB,SCO,HCC,WTD

| | | | | |
|---|---|---|---|---|
| AGUSE-1D1$ | 20 | STATEMENT # | 8488 | |
| ASSESSED $ | 20 | | | |
| GCM | 20 | COMANCHE COUN | | $0.08 |
| FMB | 20 | COUNTY ROAD | | $0.03 |
| SCO | 20 | COMANCHE ISD | | $0.22 |
| HCC | 20 | HOSPITAL DIST | | $0.05 |
| WTD | 20 | TRINITY WATER | | $0.00 |
| | | STATEMENT TAX | | $0.38 |

---

PID: R10104 (9531)
KERLEY, BROOKS (J B)
551 CR 416
COMANCHE, TX 76442

A00135 COMANCHE CO. SCH. LAND. AG 85,440
ACRES 80
SITUS: 1229 CR 404
COMANCHE, TX 76442
ENTS: GCM,FMB,SCO,HCC,WTD

| | | | | |
|---|---|---|---|---|
| AGUSE-1D1$ | 6,720 | STATEMENT # | 8489 | |
| LAND NHS $ | 1,840 | | | |
| IMPR NHS $ | 6,850 | | | |
| ASSESSED $ | 15,410 | | | |
| GCM | 15,410 | COMANCHE COUN | | $59.10 |
| FMB | 15,410 | COUNTY ROAD | | $24.02 |
| SCO | 15,410 | COMANCHE ISD | | $166.43 |
| HCC | 15,410 | HOSPITAL DIST | | $34.92 |
| WTD | 15,410 | TRINITY WATER | | $2.31 |
| | | STATEMENT TAX | | $286.78 |

000173

# NOTICE OF APPRAISED VALUE

This Is NOT a Tax Bill

COMANCHE CENTRAL APPR DIST
PO BOX 6 #8 HUETT CIRCLE
COMANCHE TX 76442-0006
(915) 356-5253
ADDRESS SERVICE REQUESTED

Date: 05/23/2001

**Account #:** (Refer to this # when inquiring about your property)
R4388 SSI-03-103
**Street Address:**
589 FM RD
**Property Description:**
A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES .107, (TR 17)

**Overlapping County Information:**

KERIN MOTORS, INC (33248)
PO BOX 997
CLARKSDALE, MI 38614

RECEIVED JAN 03 2007 Facilities Services Office Dallas, TX

Dear Property Owner:

We have appraised the property listed above for the 2001 tax year. Based on the appraisal date January 1 of this year, the appraisal is as follows:

| Appraised Information | Last Year | Proposed This Year |
|---|---|---|
| Land's Market Value | 160 | 160 |
| Agricultural Market Value | 0 | 0 |
| Agricultural Productivity Value | 0 | 0 |
| Improvements (Buildings) Appraised Value | 8,420 | 8,420 |
| Personal Property Appraised Value | 0 | 0 |
| Mineral Interest Appraised Value | 0 | 0 |
| Total Market Value of this Property | 8,580 | 8,580 |
| Total Appraised Value (with Homestead Limit) | 8,580 | 8,580 |
| Exemptions | | |

| Last Year's Taxable | Taxing Units | Proposed Appraised | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Last Year's Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|---|
| 8,580 | COMANCHE COUNTY | 8,580 | 0 | 8,580 | 0.374700 | 32.15 |
| 8,580 | COUNTY ROAD | 8,580 | 0 | 8,580 | 0.150100 | 12.88 |
| 8,580 | SIDNEY ISD | 8,580 | 0 | 8,580 | 1.290000 | 110.68 |
| 8,580 | COMANCHE HOSPITAL | 8,580 | 0 | 8,580 | 0.225000 | 19.31 |
| | TOTAL | | | | | 175.02 |

The above tax estimates use last year's tax rate for the taxing units. The governing body of each unit -- school board, county commissioners, and so on -- decides whether property taxes increase. The appraisal district only determines your property's value. The taxing units will set tax rates later this year. *The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.*

If you are 65 or older and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than when you first received the exemption on this home. If you improved your property (by adding rooms or buildings), your school tax ceiling may increase for improvements. If you are a surviving spouse age 55 or older, you may retain the school tax ceiling.

Contact the appraisal office if you disagree with this year's proposed value for your property or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to schedule a hearing with the appraisal review board (ARB) by filing a WRITTEN protest with the Board. You may either use the form provided or prepare a letter (including your name, your property's description, and any appraisal office actions with which you disagree). Your protest must be delivered by mail to the address above or in person at the appraisal district office before the protest deadline.

If you have any questions or need more information, please contact the appraisal office at the phone number or addresses listed above.

Protest Deadline: JUNE 22, 2001
ARB Hearings Begin: JULY 9, 2001

Location of ARB Hearings:
#8 HUETT CIRCLE
COMANCHE, TX 76442

RHONDA WOODS

COMANCHE APPRAISAL DISTRICT

COMANCHE CENTRAL APPR DIST
PO BOX 6 #8 HUETT CIRCLE
COMANCHE TX 76442-0006
(915) 356-5253
ADDRESS SERVICE REQUESTED

NOTICE OF APPRAISED VALUE 1999
PID: R4308, SSI-03-103

A00510 H.T. & B. R.R. CO. (SEC 3 ),
ACRES .107, (TR 17)

**THIS IS NOT A TAX STATEMENT**

| M-KM1 DATE PRINTED |
|---|
| 07/21/99 |

| YEAR | LAND-HOME SITE | LAND-NON HOME SITE | AG/TIMBER LAND MARKET VALUE | AG/TIMBER LAND USE VALUE | IMPROVEMENT HOME SITE | IMPROVEMENT NON HOME SITE | APPRAISED | HOMESTEAD'S LIMITED APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|
| 98 | | 170 | | | | 7,570 | 7,740 | |
| 99 | | 170 | | | | 8,420 | 8,590 | |

| PREVIOUS YEAR NET TAXABLE | TAXING UNIT | CURRENT YEAR APPRAISED | CURRENT HOMESTEAD'S LIMITED APPRAISED VALUE | CURRENT YEAR EXEMPTIONS | CURRENT YEAR NET TAXABLE | ESTIMATED TAX RATE | CURRENT YEAR ESTIMATED TAX |
|---|---|---|---|---|---|---|---|
| 7,740 | COMANCHE COUNTY | 8,590 | | 0 | 8,590 | 0.3703 | 31.81 |
| 7,740 | COUNTY ROAD | 8,590 | | 0 | 8,590 | 0.1361 | 11.69 |
| 7,740 | SIDNEY ISD | 8,590 | | 0 | 8,590 | 1.3200 | 113.39 |
| 7,740 | COMANCHE HOSPITAL DIS | 8,590 | | 0 | 8,590 | 0.2200 | 18.90 |
| | TOTAL | | | | | | 175.79 |

"The Current Year Estimated Tax Rate indicated for these Taxing Units as calculated will raise the same amount of revenue from properties taxed in the preceding year as these units raised for those purposes in the preceding year. Each governing body of these Taxing Units may NOT adopt a rate that will increase tax revenues for operating purposes from properties taxed in the previous year without publishing notice in a newspaper that it is considering a tax increase and holding a hearing for taxpayers to discuss the tax increase. The Current Year Estimated Taxes indicated would be levied on the above described property if the Taxing Units adopted these Current Year Estimated Tax Rates."

"THE TEXAS LEGISLATURE DOES NOT SET THE AMOUNT OF YOUR LOCAL TAXES. YOUR PROPERTY TAX BURDEN IS DECIDED BY YOUR LOCALLY ELECTED OFFICIALS AND ALL INQUIRIES CONCERNING YOUR TAXES SHOULD BE DIRECTED TO THOSE OFFICIALS. [illegible]

"If you feel your value for the current year is incorrect, please contact the Appraisal District office immediately at the above address and telephone number. If we are unable to resolve the situation, you may schedule a hearing with the Appraisal Review Board by filing out the enclosed protest form before BEFORE 7/22/99. THE ARB BEGINS HEARINGS ON 7/28/99 AT 9:00 A.M. AT #8 HUETT CIRCLE, COMANCHE, TEXAS.

"For school districts: For those taxpayers 65 years of age or older or over 55 surviving spouse who received the $10,000 residence homestead exemption for school district purposes, the amount of school taxes that will be imposed for the current year will not exceed the tax ceiling established on those homesteads."

KERIN MOTORS, INC (33248)
PO BOX 997
CLARKSDALE, MI 38614

The governing body of each of these taxing Units decided whether or not taxes on property will increase and the appraisal district only determines the value of the property. If a taxpayer objects to increasing taxes and governmental expenditures, he or she could complain to the governing bodies of these taxing units. Only complaints about value should be presented to the appraisal review board.

JAN 03 2007
Facilities Cent... Dallas, TX ...Office

Date Entered:05/31/2005

# TAX RECEIPT

GAY HORTON GREEN TAX ASSESSOR/COLLECTOR
COMANCHE COUNTY COURTHOUSE
101 W. CENTRAL
COMANCHE, TEXAS 76442

** DUPLICATE **

Receipt #: 862696

| Owner Information | Property Information | Payment Information |
|---|---|---|
| Owner ID: 33248<br>KERIN MOTORS, INC<br>PO BOX 997<br>CLARKSDALE, MI 38614 | Prop ID: R4388<br>XRef ID: R4388<br>A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES .107, (TR 17) | Date Paid: 05/31/2005<br>Total Paid: 274.27<br>Batch: 05/31/05<br>Operator: MLR<br>Method: CK 7511<br>Payer: LAWRENCE MAGDOVITZ |

| Entity | Year | Rate | Stmt ID | Original Tax | Disc / PI | Attorney Fee | Taxable | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| COUNTY ROAD AND BR | 2004 | 0.14650 | 8453 | 16.94 | 2.20 | 0.00 | 11,560 | 19.14 |
| COMANCHE COUNTY | 2004 | 0.40140 | 8453 | 46.40 | 6.04 | 0.00 | 11,560 | 52.44 |
| HOSPITAL DISTRICT | 2004 | 0.22660 | 8453 | 26.20 | 3.41 | 0.00 | 11,560 | 29.61 |
| SIDNEY ISD | 2004 | 1.31000 | 8453 | 151.44 | 19.69 | 0.00 | 11,560 | 171.13 |
| MIDDLE TRINITY WAT | 2004 | 0.01500 | 8453 | 1.73 | 0.22 | 0.00 | 11,560 | 1.95 |
| | | | | | | | | 274.27 |

RECEIVED JAN 03 2007 Facilities Service Office ..., TX

Thanks for doing business with us!

12/27/2006 16:32



(c) 2003 ... Group, Inc

Date Entered:11/14/2005

# TAX RECEIPT

GAY HORTON GREEN TAX ASSESSOR/COLLECTOR
COMANCHE COUNTY COURTHOUSE
101 W. CENTRAL
COMANCHE, TEXAS 76442

** *DUPLICATE* **

Receipt #: 872772

| Owner Information | Property Information | Payment Information |
|---|---|---|
| Owner ID: 33248<br>KERIN MOTORS, INC<br>PO BOX 997<br>CLARKSDALE, MI 38614 | Prop ID: R4388<br>XRef ID: R4388<br>A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES .107, (TR 17) | Date Paid: 11/14/2005<br>Total Paid: 299.21<br>Batch: 11/14/05LR<br>Operator: MLR<br>Method: CK 1495<br>Payer: KERIN MOTORS, INC |

| Entity | Year | Rate | Stmt ID | Original Tax | Disc / PI | Attorney Fee | Taxable | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| COUNTY ROAD AND BR | 2005 | 0.14740 | 8515 | 20.43 | 0.00 | 0.00 | 13,860 | 20.43 |
| COMANCHE COUNTY | 2005 | 0.42640 | 8515 | 59.10 | 0.00 | 0.00 | 13,860 | 59.10 |
| HOSPITAL DISTRICT | 2005 | 0.25000 | 8515 | 34.65 | 0.00 | 0.00 | 13,860 | 34.65 |
| SIDNEY ISD | 2005 | 1.32000 | 8515 | 182.95 | 0.00 | 0.00 | 13,860 | 182.95 |
| MIDDLE TRINITY WAT | 2005 | 0.01500 | 8515 | 2.08 | 0.00 | 0.00 | 13,860 | 2.08 |
| | | | | | | | | 299.21 |

JAN 03 2007
Office
TX

Thanks for doing business with us!

12/27/2006 10:22



(c) 2000 The Software Group Inc.

# TAX RECEIPT

Date Entered:11/01/2006

GAY HORTON GREEN TAX ASSESSOR/COLLECTOR
COMANCHE COUNTY COURTHOUSE
101 W. CENTRAL
COMANCHE, TEXAS 76442

Receipt #: 957636

| Owner Information | Property Information | Payment Information |
|---|---|---|
| Owner ID: 33248<br>KERIN MOTORS, INC<br>PO BOX 997<br>CLARKSDALE, MI 38614 | Prop ID: R4388<br>XRef ID: R4388<br>A00510 H.T. & B. R.R. CO. (SEC 3 ), ACRES .107, (TR 17) | Date Paid: 11/01/2006<br>Total Paid: 286.32<br>Batch: 11/01/06<br>Operator: GH<br>Method: CK 8437<br>Payer: KERIN MOTORS, INC |

| Entity | Year | Rate | Stmt ID | Original Tax | Disc / PI | Attorney Fee | Taxable | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| COUNTY ROAD AND BR | 2006 | 0.15550 | 8612 | 21.63 | 0.00 | 0.00 | 13,910 | 21.63 |
| COMANCHE COUNTY | 2006 | 0.42780 | 8612 | 59.51 | 0.00 | 0.00 | 13,910 | 59.51 |
| HOSPITAL DISTRICT | 2006 | 0.25000 | 8612 | 34.78 | 0.00 | 0.00 | 13,910 | 34.78 |
| SIDNEY ISD | 2006 | 1.21000 | 8612 | 168.31 | 0.00 | 0.00 | 13,910 | 168.31 |
| MIDDLE TRINITY WAT | 2006 | 0.01500 | 8612 | 2.09 | 0.00 | 0.00 | 13,910 | 2.09 |
| | | | | | | | | 286.32 |

JAN 03 2007
Service Office
Dallas, TX

Thanks for doing business with us!

(c) 2000 The Software Group, Inc.



11/01/2006 10:09

# Exhibit 15

SOUTHWEST FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

February 7, 2007

MR LAWRENCE MAGDOVITZ II
8342 MACON ROAD
CORDOVA TN 38018

CERTIFIED MAIL RECEIPT 7000 0520 0022 2273 4488
RETURN RECEIPT REQUESTED

Re: Sidney, TX 76474 – Main Post Office
Client Kerin Motors request for reimbursement of taxes
FINAL DECISION OF CONTRACTING OFFICER

Dear Mr. Magdovitz:

I am in receipt of your letter regarding your request to be reimbursed for the taxes for years 1999 through 2006. You are basing this request on a reference to a Tax Rider that is in the lease under Paragraph 7, Other Provisions. The reference to a Tax Rider in that paragraph was added in error to the lease entered into on December 23, 1998. There is no Tax Rider attached to the current lease and there never has been since we first leased the building in 1968. Conversely, the previous leases specifically stated that the Lessor was responsible for taxes. I have discussed this matter with Bill McMurry, USPS Real Estate Specialist who negotiated the present lease, and the lessor who negotiated this lease. Both deny that either party had any expectation of including a tax rider in the lease and contend that this reference to a Tax Rider was a clerical error. The previous owner at no time during the life of the lease requested a tax reimbursement. Your client purchased the facility in 1999 from the previous owner, and your client has not previously asked for a tax reimbursement on this facility. We believe his failure to ask for a tax reimbursement was based on his belief that none was owed.

Our investigation indicates that the reference to a Tax Rider in Paragraph 7 of the lease was in error and neither party had any intention that the USPS would reimburse the Lessor for taxes. The actions of the preceding owners, including your client, reinforce this fact. Based upon my finding that a clerical error was made in the lease, I am attaching the revised correct copy of page 2 of the Lease which reflects the intention of the parties at the time the Lease was entered into. This will replace Page 2 in the current lease.

Please note that even if a Tax Rider had been included in the Lease, it provides that the Postal Service is not required to reimburse paid taxes unless the request for reimbursement is made within 18 months after the close of the tax year.

Based on the above facts, this claim must be denied. This is the final decision of the contracting officer pursuant to the Contract Disputes Act of 1978 and the clause of your contract entitled Claims and Disputes. You may appeal this decision to the Postal Service Board of Contract Appeals by mailing or otherwise furnishing written notice (preferably in triplicate) to the contracting officer within 90 days from the date you receive this decision. The notice should identify the contract by number, reference this decision, and indicate that an appeal is intended. Alternatively, you may bring an action directly in the United States Court of Federal Claims within 12 months from the date you receive this decision.

PO BOX 667180
DALLAS TX 75266-7180
TELE: (214) 819-8951
FAX: (214) 819-7280

In taking an appeal to the Board of Contract Appeals, you may include in your notice of appeal an election to proceed under the Board's small claims (expedited) procedure, which provides for a decision within approximately 120 days, or an election to proceed under the Board's accelerated procedure, which provides for a decision within approximately 180 days. If you do not make an election in the notice of appeal, you may do so by written notice anytime thereafter.

Enclosure

Sincerely,

Kathy L. Bjurman
Contracting Officer

Cc: File
FSO402

PO Box 667180
Dallas TX 75266-7180
Tele: (214) 819-8951
Fax: (214) 819-7280

# Exhibit 16

# DECLARATION OF JOSEPH ANZALONE

I, Joseph Anzalone, under the provisions of 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief.

1. My name is Joseph Anzalone. I am an employee in the law department of the United States Postal Service. I have worked with U.S. Postal Service attorney Stephen Lobaugh in the above-captioned matter.

2. In the course of helping Stephen Lobaugh prepare the motion for summary judgment to be filed with the court in this case, I contacted the Clerk of Comanche County, Texas, in order to retrieve a copy of the original lease at issue in this matter, which was recorded in Comanche County in 1999.

3. The Comanche County Clerk's office found the lease at issue as recorded in 1999. In the Comanche County Clerk's records, the lease can be found in Volume 774 beginning at page 476 and ending at page 481. The lease has a Filing Number of 229.

4. The Comanche County Clerk's office sent the lease in its entirety to my office at my attention via facsimile machine.

5. Upon receipt of the lease via facsimile machine, I inspected the six-page document. I found that the lease contains a Maintenance Rider. The lease contains no other rider.

6. I reported my findings to Stephen Lobaugh and provided him with the lease I received from the Comanche County Clerk's office.

7. I attach to this declaration a copy of the lease as received from the Comanche County Clerk's office. (Ex. 17).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Joseph Anzalone
Date: November 7, 2007

# Exhibit 17

UNITED STATES POSTAL SERVICE. ORIGINAL 229 **Lease**

Facility Name/Location
SIDNEY - MAIN OFFICE (488335-001)
W/S FM 589 SIDNEY, TX 76474-9998

COMANCHE COUNTY
Project: G69963

This LEASE, made and entered into by and between MARGARET ALLEN hereinafter called the Lessor, and the United States Postal Service, hereinafter called the Postal Service:

In consideration of the mutual promises set forth and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties covenant and agree as follows:

1. The Lessor hereby leases to the Postal Service and the Postal Service leases from the Lessor the following premises, hereinafter legally described in paragraph 9, in accordance with the terms and conditions described herein and contained in the 'General Conditions to U.S. Postal Service Lease,' Section A, attached hereto and made a part hereof.

Upon which is a one-story masonry building and which property contains areas, spaces, improvements, and appurtenances as follows:

| AREA | SQ. FEET | AREA | SQ. FEET |
|---|---|---|---|
| Net Floor Space | 768 | Joint Use/Common Areas: | |
| Platform | 80 | | |
| Parking and Maneuvering | 2,624 | | |
| **Other:** | | | |
| Driveway | | | |
| Landscaping | | | |
| Sidewalks | | | |

**Total Site Area:** 4,691

2. RENTAL: The Postal Service will pay the Lessor an annual rental of: $3,960.00

***Three Thousand Nine Hundred Sixty and 00/100 Dollars***

payable in equal installments at the end of each calendar month. Rent for a part of a month will be prorated. Rent checks shall be disbursed as follows:

payable to:
MARGARET ALLEN
P O BOX 176
BULVERDE TX 78163-0176

unless the Contracting Officer is notified, in writing by Lessor, of any change in payee or address at least sixty (60) days before the effective date of the change.

3. TO HAVE AND TO HOLD the said premises with their appurtenances:

FIXED TERM: The term beginning July 01, 2000 and ending June 30, 2005 for a total of 5 years.

UNITED STATES POSTAL SERVICE.

ORIGINAL

**Lease**

4. RENEWAL OPTIONS: The Lease may be renewed at the option of the Postal Service, for the following separate and consecutive terms and at the following annual rentals:

| RENEWAL OPTION | TERM NO. OF YEARS | PER ANNUM RENTAL |
|---|---|---|
| 1 | 5 | $4,356.00 |
| 2 | 5 | $4,800.00 |

provided that notice is sent, in writing, to the Lessor at least 30 days before the end of the original lease term and each renewal term. All other terms and conditions of this Lease will remain the same during any renewal term unless stated otherwise herein.

5. TERMINATION: The Postal Service may terminate this Lease at any time by giving 30 days written notice to the Lessor.

6. UTILITIES, SERVICES, AND EQUIPMENT: Lessor, as part of the rental consideration, shall furnish the following utilities, services and equipment: (See Lessor Obligations of General Conditions (A.24) and/or attached addendum for definitions.)
Heating System, Air Conditioning Equipment, Light Fixtures, Sewerage System, Electrical System, Water System.

7. OTHER PROVISIONS: The following additional provisions, modifications, riders, layouts and/or forms were agreed upon prior to execution and made a part hereof:
Maintenance Rider - Lessor (M-1), Reimbursement Tax Rider (T-1), the Postal Service will pay separately metered recurring utility charges.

8. The undersigned has completed the 'Representations and Certifications.' (See Section B).

9. LEGAL DESCRIPTION:

A tract of land north of the intersection of Farm Roads 589 and 1689 in Sidney, Comanche County, Texas, identified as Abstract 510, Htbrrco, south 50 feet of 4.0325, upon which is situated the Sidney, Texas Post Office.

UNITED STATES POSTAL SERVICE.

ORIGINAL

**Maintenance Rider**
**Lessor Responsibility**

a. The Lessor shall, except as otherwise specified herein and except for damage resulting from the negligence of Postal Service agents or employees, maintain the demised premises, including the building and any and all equipment, fixtures, and appurtenances, whether severable or non-severable, furnished by the Lessor under this Lease, in good repair and tenantable condition. For the purpose of so maintaining said premises and property, the Lessor may at reasonable times, and upon reasonable notice to the facility manager, enter and inspect the same and make any necessary repairs thereto. Additionally, the Lessor shall designate maintenance repairmen for electrical emergencies, plumbing emergencies and for heating, ventilating and air conditioning and other emergencies (windows, doors, locks and other elements), who may be called by the Postal Service in the event of any emergency situation involving maintenance when the Lessor or the Lessor's agent cannot be contacted within a reasonable time.

b. Lessor is responsible for inspection, prevention and eradication of termites and any other wood eating insects and for repairs of any damage resulting therefrom.

c. Lessor shall repaint the interior (including but not limited to the walls and ceilings) and exterior at least once every five (5) years (unless the five (5) year period is specifically extended in writing by the Contracting Officer) and at any other time that painting may become necessary as a result of fire or other casualty.

d. If a heating system is furnished by Lessor under this Lease, such system must be maintained by Lessor at all times so as to be capable of providing a uniform temperature of at least 65 degrees Fahrenheit in all enclosed portions of the demised premises.

e. If air-conditioning equipment is furnished by Lessor under this Lease, such equipment must be maintained by Lessor at all times so as to be capable of maintaining a uniform temperature of no greater than 78 degrees Fahrenheit in all enclosed portions of the premises.

f. Any heating boilers, hot water supply boilers, unfired pressure vessels, elevators, escalators and dumbwaiters provided by Lessor as part of the leased premises or operated by the Lessor in conjunction with the leased premises, shall be operated and maintained by the Lessor in accordance with ANSI/ASME A17.1, Safety Code for Elevators, Escalators, Dumbwaiters, and Moving Walks; ANSI/ASME A17.2, Elevator Inspectors Manual; ANSI/ASME A17.3, Safety Code for Existing Elevators and Escalators; ASME Boiler and Pressure Vessel Code; National Electric Code; and/or ASME Safety Code No. CSD-1, Controls and Safety Devices for Automatically Fired Boilers, as applicable, or as required by local ordinances. Current safety certificates issued by an organization recognized by the National Board of Boiler and Pressure Vessel Inspectors or a federal, state or municipal authority which has adopted the American National Standard Institute/American Society of Mechanical Engineers (ANSI/ASME) Boiler and Vessel Code, must be provided by the Lessor for boilers and unfired pressure vessels. Current safety certificates for elevators, dumbwaiters and escalators must be issued by an organization authorized to inspect in accordance with the ANSI/ASME Safety Code for Elevators, Dumbwaiters and Escalators or appropriate federal, state or municipal authority. In the event local jurisdictions do not require periodic inspection of such equipment, the Postal Service shall have the right to conduct inspections in accordance with the aforesaid codes, and may issue safety certificates as appropriate.

g. Whenever there is a need for maintenance or a repair which is the Lessor's obligation under this Maintenance Rider or for restoration of the premises or any part thereof to a state of good repair and tenantable condition, the Postal Service shall give the Lessor written notice thereof, specifying a time for completion of the work which is reasonable and commensurate with the nature of the work required. A copy of any such notice shall be sent by certified or registered mail to the Lessor's mortgagee and any assignee of monies due or to become due under this Lease whose names and addresses have been furnished to the Postal Service by the Lessor. If the Lessor (or the mortgagee or the assignee, on behalf of the Lessor) fails to prosecute the work with such diligence as will ensure its completion within the time specified in the written notice (or any extension thereof as may be granted at the sole discretion of the Postal Service) or fails to complete the work within said time, the Postal Service shall have the right to perform the work by contract or otherwise and withhold the cost thereof (which may include administrative cost and/or interest) from payments due or to become due under this Lease. In addition, the Postal Service may proportionally abate the rent for any period the premises, or any part thereof, are determined by the Postal Service to have been rendered untenantable to it by reason of such condition. Alternatively, the Postal Service may, if the demised premises are determined to be unfit for occupancy, at its sole discretion, cancel this Lease, without liability.

UNITED STATES POSTAL SERVICE

ORIGINAL

**Lease**

EXECUTED BY LESSOR this 4th day of December, 1998.

**ALL INDIVIDUAL OFFERORS MUST SIGN**

| | |
|---|---|
| Margaret Allen<br>Print Name & Title | Margaret Allen<br>Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |

Lessor, Address: MARGARET ALLEN
P O BOX 176 BULVERDE TX 78163-0176
Telephone No: (210) 980-2613
Taxpayer ID: [redacted]

Witness　　　　Witness

IN BLUE INK.

**ACCEPTANCE BY THE POSTAL SERVICE**

Date: 12/23/98

THOMAS W JACOBS
Contracting Officer

Signature of Contracting Officer

PO BOX 667180
DALLAS TX 75266-7180
Address of Contracting Officer

UNITED STATES POSTAL SERVICE

ORIGINAL

**Form of Acknowledgment for Individuals**

STATE OF TEXAS

COUNTY OF COMAL

Personally appeared before me, a Notary Public in and for the County and State aforesaid,

MARGARET ALLEN
(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

who is known to me to be the same person(s) who executed the foregoing lease, and who acknowledged that said person(s) signed, sealed and delivered the same as said person(s)'s free and voluntary act for the uses and purposes therein set forth.

Witness my hand and notarial seal, in the County and State aforesaid, this 4TH day of DECEMBER, 1998

NOTARIAL SEAL

WALTER R HULL NOTARY PUBLIC State of Texas Comm. Exp. 07-01-2002

Walter R. Hull
Notary Public

My commission expires 7-1-2002

REACKIND(July 95, v1.12, P)



BOOK 779 PAGE 480

UNITED STATES POSTAL SERVICE

# Form of Acknowledgment for Contracting Officer

ORIGINAL

STATE OF TEXAS SS.

COUNTY OF DALLAS

Personally appeared before me, a Notary Public in and for the County and State aforesaid.

THOMAS W JACOBS
(Identify individual party to the lease)

known to be the CONTRACTING OFFICER

and to be the same person who executed the foregoing Lease, who deposes and says that he signed his name thereto by authority of said Postal Service, for the purposes set forth, and as his own free and voluntary act.

Witness my hand and notarial seal, in the County and State aforesaid,
this 23rd day of December, 1998

IN BLUE INK

NOTARIAL
SEAL

KATHLEEN A. ALONZO
MY COMMISSION EXPIRES
November 10, 2002

Kathleen A Alonzo
Notary Public - Kathleen A. Alonzo
State of Texas
My commission expires November 10, 2002

REACKCO (Nov. 1994)

FILED 28th DAY OF January 1999, AT 10:45 O'CLOCK A M.
RECORDED 29th DAY OF January 1999, AT 9:00 O'CLOCK A M.
BY LaRue Sears DEPUTY BETTY CONWAY, COUNTY CLERK



BOOK 774 PAGE 481