# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-517 |
| **THE UNITED STATES,** | * | (Filed November 15, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion to redact social security numbers from the Appendix to Defendant's Proposed Findings of Uncontroverted Fact, Volume 1 and 2 is granted, there being no objection thereto.

**IT IS SO ORDERED**.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge