**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **NO: 07-517** |
| **UNITED STATES,** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, by and through its counsel, and files this Motion for Enlargement of Time to Respond to the Defendant's Motion for Summary Judgment, and in support thereof would show unto this Court the following, to-wit:

1. Plaintiff's Response to the Defendant's Motion for Summary Judgment was due on or about thirty (30) days following the filing of the Defendant's motion.

2. Defendant's motion was filed on November 9, 2007 which would have made the due date for Plaintiff's response December 10, 2007.

3. A redaction or amendment was filed on November 15, 2007 and Plaintiff's counsel mistakenly put thirty (30) days from that later date as the due date for his client's response.

4. Plaintiff's counsel is actively working on the Plaintiff's response, but needs additional time to finish the response.

5. Plaintiff's delay was due to excusable neglect and neither party will be adversely affected by an extension of no more than two (2) weeks.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant it an extension of no more than two (2) weeks from the original due date of December 10, 2007, to include December 24, 2007 for the submission of its Response to Defendant's Motion for Summary Judgment.

Respectfully submitted this, the 13th day of December, 2007.

KERIN MOTORS, INC., Plaintiff

s/ Lawrence M. Magdovitz, II
LAWRENCE MAGDOVITZ, II (BPR 020869)
*Law Offices of Lawrence Magdovitz*
8342 Macon Road
Cordova, TN 38018
(901) 737-0500
(901) 737-1604 (fax)

CERTIFICATE OF CONSULTATION

I certify that I have consulted with Defendant's Counsel, Stephen Lobaugh, Esq., by electronic mail and Defendant's Counsel indicates he has no objection to an extension of two (2) weeks from the original due date of Plaintiff's Response.

s/ Lawrence M. Magdovitz, II
Lawrence M. Magdovitz, II

CERTIFICATE OF SERVICE

I certify that I have this 13th day of December, 2007, transmitted a copy of the foregoing document to Defendant's Counsel, Stephen Lobaugh, Esq., by electronic filing only.

s/ Lawrence M. Magdovitz, II
Lawrence M. Magdovitz, II