**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **NO: 07-517** |
| **UNITED STATES,** | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

FROM ALL THAT APPEARS to this Court, based on the Plaintiff's Motion for Enlargement of Time to Respond to the Defendant's Motion for Summary Judgment, the Court finds that the Plaintiff's Motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Plaintiff shall have until December 24, 2007 to file its Response to the Defendant's Motion for Summary Judgment.

SO ORDERED this the ___ day of December, 2007.

______________________________
JUDGE CHRISTINE O.C. MILLER