**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **NO: 07-517** |
| **UNITED STATES,** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, by and through its counsel, and files this Response to Defendant's Motion for Summary Judgment, and which also serves as Plaintiff's Motion for Summary Judgment against the Defendant, and in support thereof would show unto this Court the following, to-wit:

The Plaintiff states to this Court that while there is no genuine issue of material fact to be decided in this case, the Defendant has failed to make the necessary showing to this Court that it is entitled to a summary judgment. The Defendant's Motion argues that the "statement in Paragraph 7 of the lease, that the lease included a Reimbursement Tax Rider, was a clerical error, and the words 'Reimbursement Tax Rider (T-1)' do not describe with any detail the obligations of the parties with respect to taxes." However, the language of the lease is clear that a reimbursement tax rider is included in the lease. Further, the parol evidence rule precludes the admission of prior or contemporaneous evidence seeking to add to or vary the terms of a written agreement, when the parties have adopted the written agreement as an expression of their final

intent which they have here. The parol evidence rule also prevents the introduction of prior or contemporaneous evidence inconsistent with the written agreement. Therefore, the Defendant is not entitled to summary judgment.

Furthermore, the Plaintiff has alleged sufficient claims in its Complaint and has alleged sufficient, specific facts to support a finding by this Honorable Court that the Defendant acted in breach of contract which has caused damages to Plaintiff. The Plaintiff has shown that there is no genuine issue of material facts to be decided and thus, it is the Plaintiff, not the Defendant, who is entitled to summary judgment.

In support of its' contentions, Plaintiff files herewith and relies upon its Memorandum of Law in Support of Response to Motion for Summary Judgment and its Motion for Summary Judgment, and the exhibits attached thereto, and the Affidavit of Lawrence Magdovitz, attached as Exhibit A, hereto.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs request this Honorable Court deny the Defendant's Motion for Summary Judgment and grant the Plaintiff's Motion for Summary Judgment.

Respectfully submitted this, the 24th day of December, 2007.

KERIN MOTORS, INC., Plaintiff

s/ Lawrence M. Magdovitz, II
LAWRENCE MAGDOVITZ, II (BPR 020869)
*Law Offices of Lawrence Magdovitz*
8342 Macon Road
Cordova, TN 38018
(901) 737-0500
(901) 737-1604 (fax)

CERTIFICATE OF SERVICE

I certify that I have this 24th day of December, 2007, transmitted a copy of the foregoing document to Defendant's Counsel, Stephen Lobaugh, Esq., by electronic filing only.

s/ Lawrence M. Magdovitz, II
Lawrence M. Magdovitz, II