**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **NO: 07-517** |
| **UNITED STATES,** | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF LAWRENCE MAGDOVITZ**

COMES NOW the affiant, Lawrence Magdovitz, and, after being duly sworn states the following upon personal knowledge, to-wit:

1. I am over eighteen (18) years of age and not a party to the above-entitled action.

2. I am the President of Kerin Motors, Inc. ("Kerin").

3. In May 1999, I negotiated and purchased the building housing the Sidney, TX post office (the "Property") from Margaret Allen on behalf of Kerin.

4. I sent in the transfer paperwork for Kerin to the United States Postal Service (the "Defendant") on May 28, 1999.

5. In purchasing the Property, Kerin was assigned and transferred a lease agreement with the Defendant.

6. Kerin did not make its requests for property tax reimbursements on the Property until November 2006 when I discovered I had failed to make the tax reimbursement requests.

7. Kerin owns over one hundred (100) properties that are leased to the Defendant and the majority of those post offices have tax reimbursement riders.

8. Due to the existence of the large number of facilities that Kerin owns and the large number of tax reimbursement requests I have to make, occasionally I omit to make a tax reimbursement request on a property in a timely fashion.

9. When I was negotiating the purchase of the Property, Ms. Allen provided me with a copy of the lease agreement which states in Paragraph 7 that incorporated or made a part thereof is a "Reimbursement Tax Rider (T-1)".

10. In the course of purchasing over one-thousand post offices in the span of twenty years for various entities, including Kerin, it is not unusual for the me to receive leases with the Defendant that do not have the tax reimbursement riders, maintenance riders or purchase option riders, attached, because they are typically attached at the end of the lease after the boilerplate provisions, while the "heart" of the lease is on the first three (3) pages.

11. I rely on what is specifically typed on the lease agreement, rather than what riders are, or are not, attached to it because the riders are form riders that do not have any specific reference to the lease agreement they are attached to.

Further Affiant Sayeth Not.

/s Lawrence M. Magdovitz
Lawrence M. Magdovitz

STATE OF MISSISSIPPI

COUNTY OF COAHOMA

Sworn to and subscribed before me this the 24th day of December, 2007.

/s Notary Public
NOTARY PUBLIC

My Commission Expires: ________________ (SEAL)

CERTIFICATE OF AUTHENTICITY

The undersigned certifies that the original signed affidavit has been sworn to and subscribed by the affiant and acknowledged in the presence of a duly commissioned Notary Public and will remain on file at the Law Offices of Lawrence Magdovitz, 8342 Macon Road, Cordova, TN 38018, for a period of five (5) years following the closure of this file.

/s Lawrence M. Magdovitz, II