UNITED STATES POSTAL SERVICE

ORIGINAL 229 **Lease**

Facility Name/Location
SIDNEY - MAIN OFFICE (488335-001)
W/S FM 589 SIDNEY, TX 76474-9998

COMANCHE COUNTY
Project: G69963

This LEASE, made and entered into by and between MARGARET ALLEN hereinafter called the Lessor, and the United States Postal Service, hereinafter called the Postal Service:

In consideration of the mutual promises set forth and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties covenant and agree as follows:

1. The Lessor hereby leases to the Postal Service and the Postal Service leases from the Lessor the following premises, hereinafter legally described in paragraph 9, in accordance with the terms and conditions described herein and contained in the 'General Conditions to U.S. Postal Service Lease,' Section A, attached hereto and made a part hereof.

Upon which is a one-story masonry building and which property contains areas, spaces, improvements, and appurtenances as follows:

| AREA | SQ. FEET | AREA | SQ. FEET |
|---|---|---|---|
| Net Floor Space | 768 | Joint Use/Common Areas: | |
| Platform | 80 | | |
| Parking and Maneuvering | 2,624 | | |
| **Other:** | | | |
| Driveway | | | |
| Landscaping | | | |
| Sidewalks | | | |
| **Total Site Area:** | 4,691 | | |

2. RENTAL: The Postal Service will pay the Lessor an annual rental of: $3,960.00

***Three Thousand Nine Hundred Sixty and 00/100 Dollars***

payable in equal installments at the end of each calendar month. Rent for a part of a month will be prorated. Rent checks shall be disbursed as follows:

payable to:
MARGARET ALLEN
P O BOX 176
BULVERDE TX 78163-0176

unless the Contracting Officer is notified, in writing by Lessor, of any change in payee or address at least sixty (60) days before the effective date of the change.

3. TO HAVE AND TO HOLD the said premises with their appurtenances:

FIXED TERM: The term beginning July 01, 2000 and ending June 30, 2005 for a total of 5 years.

App.

UNITED STATES POSTAL SERVICE.

ORIGINAL

**Lease**

4. RENEWAL OPTIONS: The Lease may be renewed at the option of the Postal Service, for the following separate and consecutive terms and at the following annual rentals:

| RENEWAL OPTION | TERM NO. OF YEARS | PER ANNUM RENTAL |
|---|---|---|
| 1 | 5 | $4,356.00 2010 |
| 2 | 5 | $4,800.00 2015 |

provided that notice is sent, in writing, to the Lessor at least 30 days before the end of the original lease term and each renewal term. All other terms and conditions of this Lease will remain the same during any renewal term unless stated otherwise herein.

5. TERMINATION: The Postal Service may terminate this Lease at any time by giving 30 days written notice to the Lessor.

6. UTILITIES, SERVICES, AND EQUIPMENT: Lessor, as part of the rental consideration, shall furnish the following utilities, services and equipment: (See Lessor Obligations of General Conditions (A.24) and/or attached addendum for definitions.)
Heating System, Air Conditioning Equipment, Light Fixtures, Sewerage System, Electrical System, Water System.

7. OTHER PROVISIONS: The following additional provisions, modifications, riders, layouts and/or forms were agreed upon prior to execution and made a part hereof:
Maintenance Rider - Lessor (M-1), Reimbursement Tax Rider (T-1), the Postal Service will pay separately metered recurring utility charges.

8. The undersigned has completed the 'Representations and Certifications.' (See Section B).

9. LEGAL DESCRIPTION:

A tract of land north of the intersection of Farm Roads 589 and 1689 in Sidney, Comanche County, Texas, identified as Abstract 510, Htbrrco, south 50 feet of 4.0325, upon which is situated the Sidney, Texas Post Office.

UNITED STATES POSTAL SERVICE

ORIGINAL

Lease

EXECUTED BY LESSOR this 4th day of December, 1998.

**ALL INDIVIDUAL OFFERORS MUST SIGN**

| | |
|---|---|
| Margaret Allen | Margaret Allen |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |

Lessor, Address: MARGARET ALLEN
P O BOX 176 BULVERDE TX 78163-0176
Telephone No: (210)980-2613
Taxpayer ID: 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

Witness

Witness

**ACCEPTANCE BY THE POSTAL SERVICE**

Date: 12/23/98

THOMAS W JACOBS
Contracting Officer

Signature of Contracting Officer

PO BOX 667180
DALLAS TX 75266-7180
Address of Contracting Officer

App.

UNITED STATES POSTAL SERVICE.

ORIGINAL

# Form of Acknowledgment for Individuals

STATE OF TEXAS

COUNTY OF COMAL

Personally appeared before me, a Notary Public in and for the County and State aforesaid,

MARGARET ALLEN
(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

who is known to me to be the same person(s) who executed the foregoing lease, and who acknowledged that said person(s) signed, sealed and delivered the same as said person(s)'s free and voluntary act for the uses and purposes therein set forth.

Witness my hand and notarial seal, in the County and State aforesaid, this 4TH day of DECEMBER, 1998.

NOTARIAL SEAL

WALTER R HULL
NOTARY PUBLIC
State of Texas
Comm. Exp. 07-01-2002

Walter R. Hull
Notary Public

My commission expires 7-1-2002



REACKIND (July 96, v1.12, P)

UNITED STATES POSTAL SERVICE.

Form ... Acknowledgment for Contracting Officer

ORIGINAL

STATE OF TEXAS SS:

COUNTY OF DALLAS

Personally appeared before me, a Notary Public in and for the County and State aforesaid,

THOMAS W JACOBS
(Identify individual party to the lease)

known to be the CONTRACTING OFFICER

and to be the same person who executed the foregoing Lease, who deposes and says that he signed his name thereto by authority of said Postal Service, for the purposes set forth, and as his own free and voluntary act.

Witness my hand and notarial seal, in the County and State aforesaid,
this 23rd day of December, 1998

NOTARIAL SEAL

KATHLEEN A. ALONZO
MY COMMISSION EXPIRES
November 10, 2002

Kathleen A Alonzo
Notary Public - Kathleen A. Alonzo
State of Texas
My commission expires November 10, 2002


REACKCO (NOV. 1994)

UNITED STATES POSTAL SERVICE.

ORIGINAL

# Maintenance Rider
# Lessor Responsibility

a. The Lessor shall, except as otherwise specified herein and except for damage resulting from the negligence of Postal Service agents or employees, maintain the demised premises, including the building and any and all equipment, fixtures, and appurtenances, whether severable or non-severable, furnished by the Lessor under this Lease, in good repair and tenantable condition. For the purpose of so maintaining said premises and property, the Lessor may at reasonable times, and upon reasonable notice to the facility manager, enter and inspect the same and make any necessary repairs thereto. Additionally, the Lessor shall designate maintenance repairmen for electrical emergencies, plumbing emergencies and for heating, ventilating and air conditioning and other emergencies (windows, doors, locks and other elements), who may be called by the Postal Service in the event of any emergency situation involving maintenance when the Lessor or the Lessor's agent cannot be contacted within a reasonable time.

b. Lessor is responsible for inspection, prevention and eradication of termites and any other wood eating insects and for repairs of any damage resulting therefrom.

c. Lessor shall repaint the interior (including but not limited to the walls and ceilings) and exterior at least once every five (5) years (unless the five (5) year period is specifically extended in writing by the Contracting Officer) and at any other time that painting may become necessary as a result of fire or other casualty.

d. If a heating system is furnished by Lessor under this Lease, such system must be maintained by Lessor at all times so as to be capable of providing a uniform temperature of at least 65 degrees Fahrenheit in all enclosed portions of the demised premises.

e. If air-conditioning equipment is furnished by Lessor under this Lease, such equipment must be maintained by Lessor at all times so as to be capable of maintaining a uniform temperature of no greater than 78 degrees Fahrenheit in all enclosed portions of the premises.

f. Any heating boilers, hot water supply boilers, unfired pressure vessels, elevators, escalators and dumbwaiters provided by Lessor as part of the leased premises or operated by the Lessor in conjunction with the leased premises, shall be operated and maintained by the Lessor in accordance with ANSI/ASME A17.1, Safety Code for Elevators, Escalators, Dumbwaiters, and Moving Walks; ANSI/ASME A17.2, Elevator Inspectors Manual; ANSI/ASME A17.3, Safety Code for Existing Elevators and Escalators; ASME Boiler and Pressure Vessel Code; National Electric Code; and/or ASME Safety Code No. CSD-1, Controls and Safety Devices for Automatically Fired Boilers, as applicable, or as required by local ordinances. Current safety certificates issued by an organization recognized by the National Board of Boiler and Pressure Vessel Inspectors or a federal, state or municipal authority which has adopted the American National Standard Institute/American Society of Mechanical Engineers (ANSI/ASME) Boiler and Vessel Code, must be provided by the Lessor for boilers and unfired pressure vessels. Current safety certificates for elevators, dumbwaiters and escalators must be issued by an organization authorized to inspect in accordance with the ANSI/ASME Safety Code for Elevators, Dumbwaiters and Escalators or appropriate federal, state or municipal authority. In the event local jurisdictions do not require periodic inspection of such equipment, the Postal Service shall have the right to conduct inspections in accordance with the aforesaid codes, and may issue safety certificates as appropriate.

g. Whenever there is a need for maintenance or a repair which is the Lessor's obligation under this Maintenance Rider or for restoration of the premises or any part thereof to a state of good repair and tenantable condition, the Postal Service shall give the Lessor written notice thereof, specifying a time for completion of the work which is reasonable and commensurate with the nature of the work required. A copy of any such notice shall be sent by certified or registered mail to the Lessor's mortgagee and any assignee of monies due or to become due under this Lease whose names and addresses have been furnished to the Postal Service by the Lessor. If the Lessor (or the mortgagee or the assignee, on behalf of the Lessor) fails to prosecute the work with such diligence as will ensure its completion within the time specified in the written notice (or any extension thereof as may be granted at the sole discretion of the Postal Service) or fails to complete the work within said time, the Postal Service shall have the right to perform the work by contract or otherwise and withhold the cost thereof (which may include administrative cost and/or interest) from payments due or to become due under this Lease. In addition, the Postal Service may proportionally abate the rent for any period the premises, or any part thereof, are determined by the Postal Service to have been rendered untenantable to it by reason of such condition. Alternatively, the Postal Service may, if the demised premises are determined to be unfit for occupancy, at its sole discretion, cancel this Lease, without liability.

UNITED STATES POSTAL SERVICE.

ORIGINAL

# General Conditions to USPS Lease

## SECTION A

### A.1 CHOICE OF LAW

This Lease shall be governed by federal law.

### A.2 DEFINITIONS

As used in this contract, the following terms have the following meanings:

a. "Contracting officer" means the person executing this contract on behalf of the Postal Service, and any other employee who is a properly authorized contracting officer; the term includes, except as otherwise provided in the contract, the authorized representative of a contracting officer acting within the limits of the authority conferred upon that person.

b. "Successful offeror," "offeror," "contractor," or "Lessor" are interchangeable and refer to the party whose proposal is accepted by the Postal Service.

c. "Lease" and "agreement" are interchangeable and refer to this document, including all riders and attachments thereto.

### A.3 EXECUTION REQUIREMENTS

a. All co-owners and all other persons having or to have a legal interest in the property must execute the Lease. If the offeror is married, the husband or wife of the offeror must also execute the Lease. The offeror must submit adequate evidence of title.

b. If the offeror is a general partnership, each member must sign.

c. If the offeror is a limited partnership, all general partners must sign.

d. Where the offeror is an administrator or an executor of an estate, there must be furnished a certificate of the clerk of the court or certified copy of the court order showing the appointment of the administrator or executor, together with a certified copy of the will of the deceased. If there is no will, or in the event the will of the deceased does not specifically authorize the administrator or the executor to enter into a contract to lease the proposed quarters, it will generally be necessary to furnish, in addition to the above named items, a certified copy of the court order authorizing such administrator or executor to enter into a lease with the Postal Service.

e. Where the offeror is a trustee, a certified copy of the instrument creating the trust must be furnished together with any other evidence necessary to establish the trustee's authority to lease.

f. Where the offeror is a corporation, leases and lease agreements entered into must have the corporate seal affixed or in place thereof the statement that the corporation has no seal.

g. Where the offeror is a corporation, municipal corporation, fraternal order or society, the Lease must be accompanied by documentary evidence affirming the authority of the agent, or agents, to execute the Lease to bind the municipal corporation, fraternal order or society for which he (or they) purports to act. The usual evidence required to establish such authority is in the form of extracts from the articles of incorporation, or bylaws, or the minutes of the board of directors duly certified by the custodian of such records, under the corporate seal. Such resolutions, when required, must contain the essential stipulations embodied in the Lease. The names and official titles of the officers who are authorized to sign the Lease must appear in the document.

h. Notices. Any notice to Lessor provided under this Lease or under any law or regulation must be in writing and may be hand delivered or mailed to Lessor at the address specified on page 3 of the Lease, or at an address that Lessor has otherwise appropriately directed in writing. Any notice to the Postal Service provided under this Lease or under any law or regulation must be in writing and may be hand delivered or mailed, addressed to "Contracting Officer, U.S. Postal Service" at the address specified on page 3 of the Lease, or at an address that the Postal Service has otherwise directed in writing.

### A.4 MORTGAGEE'S AGREEMENT

If there is now or will be a mortgage on the property which is or will be recorded prior to the recording of the Lease, the offeror must notify the contracting officer of the facts concerning such mortgage and, unless in his sole discretion the contracting officer waives the requirement, the offeror must furnish a Mortgagee's Agreement, which will consent to this Lease and shall provide that, in the event of foreclosure, mortgagee, successors, and assigns shall cause such foreclosures to be subject to the Lease.

### A.5 EQUAL OPPORTUNITY

a. The contractor may not discriminate against employees or applicants because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to race, color, religion, sex, or national origin. This action must include, but not be limited to, employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The contractor agrees to post in conspicuous places, available to employees and applicants, notices provided by the contracting officer setting forth the provisions of this clause.

b. The contractor must, in all solicitations or advertisements for employees placed by it or on its behalf, state that all qualified applicants will be considered for employment without regard to race, color, religion, sex, or national origin.

c. The contractor must send to each union or workers' representative with which the contractor has a collective bargaining agreement or other understanding, a notice, provided by the contracting officer, advising the union or workers' representative of the contractor's commitments under this clause, and must post copies of the notice in conspicuous places available to employees and applicants.

d. The contractor must comply with all provisions of Executive Order (EO) 11246 of September 24, 1965, as amended, and of the rules, regulations, and relevant orders of the Secretary of Labor.

e. The contractor must furnish all information and reports required by the Executive order, and by the rules, regulations, and orders of the Secretary, and must permit access to the contractor's books, records, and accounts by the Postal Service and the Secretary for purposes of investigation to ascertain compliance with these rules, regulations, and orders.

f. If the contractor fails to comply with this clause or with any of the said rules, regulations, or orders, this contract may be canceled, terminated, or suspended, in whole or in part; the contractor may be declared ineligible for further contracts in accordance with the Executive order; and other sanctions may be imposed and remedies invoked under the Executive order, or by rule, regulation, or order of the Secretary, or as otherwise provided by law.

g. The contractor must insert this clause, including this paragraph g, in all subcontracts or purchase orders under this contract unless exempted by Secretary of Labor rules, regulations, or orders issued under the Executive order. The contractor must take such action with respect to any such subcontract or purchase order as the Postal Service may direct

App. 41