# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-517C |
| **THE UNITED STATES,** | * | (Filed Jan. 11, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties are in the process of briefing cross-motions for summary judgments. Defendant's opposition to plaintiff's cross-motion and reply to plaintiff's opposition to defendant's original motion is due to be filed on January 24, 2008. As the parties have joined issue, the court has reviewed the briefing to date. See RCFC 7.2(a). It appears that when the 2000-2005 lease was entered into in 1998, the United States Postal Service (the"USPS") utilized a form Reimbursement Tax Rider (T-1). According to the February 7, 2007 "Final Decision of Contracting Officer," a tax rider would have provided that the USPS "is not required to reimburse paid taxes unless the request for reimbursement is made within 18 months after the close of the tax year." Def's App. to Prop. Findings of Fact filed Nov. 14, 2007, 94.

Plaintiff's position is that the tax rider was incorporated by reference, per the explicit terms of the lease. See St. Christopher Assocs. v. United States, No. 07-5069, slip op. at 11-12 (Fed. Cir. Jan. 9, 2008), 2008 WL 80671, at *6, aff'g, St. Christopher Assocs. v. United States, 75 Fed. Cl. 1 (2006). The amount claimed by plaintiff would be affected if the Reimbursement Tax Rider, incorporated by reference in the subject lease, foreclosed claims for reimbursements made prior to 2006. Therefore, if defendant takes the position that the amount that plaintiff might recover is delimited by the incorporated language, it shall submit with its final brief a declaration attesting to authenticity. Should the court rule that the incorporation was operative despite the USPS's failure to attach the Reimbursement Tax Rider to the lease, the record before the court should enable a decision on the merits without the necessity for further proceedings.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge