UNITED STATES POSTAL SERVICE.

ORIGINAL 229 Lease

Facility Name/Location
SIDNEY - MAIN OFFICE (488335-001)
W/S FM 589 SIDNEY, TX 76474-9998

COMANCHE COUNTY
Project: G69963

This LEASE, made and entered into by and between MARGARET ALLEN hereinafter called the Lessor, and the United States Postal Service, hereinafter called the Postal Service:

In consideration of the mutual promises set forth and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties covenant and agree as follows:

1. The Lessor hereby leases to the Postal Service and the Postal Service leases from the Lessor the following premises, hereinafter legally described in paragraph 9, in accordance with the terms and conditions described herein and contained in the 'General Conditions to U.S. Postal Service Lease,' Section A, attached hereto and made a part hereof.

Upon which is a one-story masonry building and which property contains areas, spaces, improvements, and appurtenances as follows:

| AREA | SQ. FEET | AREA | SQ. FEET |
|---|---|---|---|
| Net Floor Space | 768 | Joint Use/Common Areas: | |
| Platform | 80 | | |
| Parking and Maneuvering | 2,624 | | |
| **Other:** | | | |
| Driveway | | | |
| Landscaping | | | |
| Sidewalks | | | |
| **Total Site Area:** | 4,691 | | |

2. RENTAL: The Postal Service will pay the Lessor an annual rental of: $3,960.00

***Three Thousand Nine Hundred Sixty and 00/100 Dollars***

payable in equal installments at the end of each calendar month. Rent for a part of a month will be prorated. Rent checks shall be disbursed as follows:

payable to:
MARGARET ALLEN
P O BOX 176
BULVERDE TX 78163-0176

unless the Contracting Officer is notified, in writing by Lessor, of any change in payee or address at least sixty (60) days before the effective date of the change.

3. TO HAVE AND TO HOLD the said premises with their appurtenances:

FIXED TERM: The term beginning July 01, 2000 and ending June 30, 2005 for a total of 5 years.

EXHIBIT A

App.

UNITED STATES POSTAL SERVICE. **ORIGINAL** **Lease**

4. RENEWAL OPTIONS: The Lease may be renewed at the option of the Postal Service, for the following separate and consecutive terms and at the following annual rentals:

| RENEWAL OPTION | TERM NO. OF YEARS | PER ANNUM RENTAL |
|---|---|---|
| 1 | 5 | $4,356.00 2010 |
| 2 | 5 | $4,800.00 2015 |

provided that notice is sent, in writing, to the Lessor at least 30 days before the end of the original lease term and each renewal term. All other terms and conditions of this Lease will remain the same during any renewal term unless stated otherwise herein.

5. TERMINATION: The Postal Service may terminate this Lease at any time by giving 30 days written notice to the Lessor.

6. UTILITIES, SERVICES, AND EQUIPMENT: Lessor, as part of the rental consideration, shall furnish the following utilities, services and equipment: (See Lessor Obligations of General Conditions (A.24) and/or attached addendum for definitions.)
Heating System, Air Conditioning Equipment, Light Fixtures, Sewerage System, Electrical System, Water System.

7. OTHER PROVISIONS: The following additional provisions, modifications, riders, layouts and/or forms were agreed upon prior to execution and made a part hereof:
Maintenance Rider - Lessor (M-1), Reimbursement Tax Rider (T-1), the Postal Service will pay separately metered recurring utility charges.

8. The undersigned has completed the 'Representations and Certifications.' (See Section B).

9. LEGAL DESCRIPTION:

A tract of land north of the intersection of Farm Roads 589 and 1689 in Sidney, Comanche County, Texas, identified as Abstract 510, Htbrrco, south 50 feet of 4.0325, upon which is situated the Sidney, Texas Post Office.

App.

UNITED STATES POSTAL SERVICE

ORIGINAL

**Lease**

EXECUTED BY LESSOR this 4th day of December, 1998.

**ALL INDIVIDUAL OFFERORS MUST SIGN**

| | |
|---|---|
| Margaret Allen | Margaret Allen |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |
| | |
| Print Name & Title | Signature |

Lessor, Address: MARGARET ALLEN
P O BOX 176 BULVERDE TX 78163-0176

Telephone No: (210) 980-2613

Taxpayer ID: 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

Witness

Witness

**ACCEPTANCE BY THE POSTAL SERVICE**

Date: 12/23/98

THOMAS W JACOBS
Contracting Officer

Signature of Contracting Officer

PO BOX 667180
DALLAS TX 75266-7180
Address of Contracting Officer

App.

UNITED STATES POSTAL SERVICE

ORIGINAL

# Form of Acknowledgment for Individuals

STATE OF TEXAS

COUNTY OF COMAL

Personally appeared before me, a Notary Public in and for the County and State aforesaid,

MARGARET ALLEN
(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

(Identify individual party to the lease)

who is known to me to be the same person(s) who executed the foregoing lease, and who acknowledged that said person(s) signed, sealed and delivered the same as said person(s)'s free and voluntary act for the uses and purposes therein set forth.

Witness my hand and notarial seal, in the County and State aforesaid, this 4TH day of DECEMBER, 1998.

NOTARIAL SEAL

WALTER R HULL NOTARY PUBLIC State of Texas Comm. Exp. 07-01-2002

Walter R. Hull
Notary Public

My commission expires 7-1-2002



REACKIND (July 98, v1.12, P)

UNITED STATES POSTAL SERVICE.

# Form C. Acknowledgment for Contracting Officer

## ORIGINAL

STATE OF TEXAS SS:

COUNTY OF DALLAS

Personally appeared before me, a Notary Public in and for the County and State aforesaid,

THOMAS W JACOBS
(Identify individual party to the lease)

known to be the CONTRACTING OFFICER

and to be the same person who executed the foregoing Lease, who deposes and says that he signed his name thereto by authority of said Postal Service, for the purposes set forth, and as his own free and voluntary act.

Witness my hand and notarial seal, in the County and State aforesaid,
this 23rd day of December, 1998

NOTARIAL
SEAL

KATHLEEN A. ALONZO
MY COMMISSION EXPIRES
November 10, 2002

Kathleen A Alonzo
Notary Public - Kathleen A. Alonzo
State of Texas
My commission expires November 10, 2002



REACKCO (NOV. 1994)