DUPLICATE ORIGINAL

UNITED STATES POSTAL SERVICE.

**Lease**

Facility Name/Location:
TERLTON - MAIN OFFICE (398151-001)
S/S MAIN ST TERLTON, OK 74081-9998

PAWNEE COUNTY
Project: G14505

This LEASE, made and entered into by and between CHARLES J. SHOWALTER AND/OR FRANCES L. SHOWALTER hereinafter called the Lessor, and the United States Postal Service, hereinafter called the Postal Service:

In consideration of the mutual promises set forth and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties covenant and agree as follows:

1. The Lessor hereby leases to the Postal Service and the Postal Service leases from the Lessor the following premises, hereinafter legally described in paragraph 9, in accordance with the terms and conditions described herein and contained in the 'General Conditions to U.S. Postal Service Lease' Section A, attached hereto and made a part hereof.

Upon which is a one-story stone building and which property contains areas, spaces, improvements, and appurtenances as follows:

| AREA | SQ. FEET | AREA | SQ. FEET |
|---|---|---|---|
| Net Floor Space | 638 | Joint Use/Common Areas: | |
| Platform | | | |
| Parking and Maneuvering | | | |
| Other: | | | |
| Driveway | | | |
| Landscaping | | | |
| Sidewalks | | | |

**Total Site Area:** 3,250

2. RENTAL: The Postal Service will pay the Lessor an annual rental of: $2,460.00
***Two Thousand Four Hundred Sixty and 00/100 Dollars***
payable in equal installments at the end of each calendar month. Rent for a part of a month will be prorated. Rent checks shall be disbursed as follows:

payable to:
CHARLES J. SHOWALTER AND/OR FRANCES L. SHOWALTER
239 WEST ROSEWOOD ST
ROSE HILL KS 67133-9796

unless the Contracting Officer is notified, in writing by Lessor, of any change in payee or address at least sixty (60) days before the effective date of the change.

3. TO HAVE AND TO HOLD the said premises with their appurtenances:
FIXED TERM: The term beginning June 01, 1998 and ending May 31, 2003 for a total of 5 years.

EXHIBIT B



RELEASE (Jan 1996, v1.11, W)

Feb 04 08 11:25a NICHOLAS S MEHDGOVITZ (620)624-4821 p.1

UNITED STATES POSTAL SERVICE

# Lease

4. RENEWAL OPTIONS: The Lease may be renewed at the option of the Postal Service, for the following separate and consecutive terms and at the following annual rentals:

| RENEWAL OPTION | TERM NO. OF YEARS | PER ANNUM RENTAL |
|---|---|---|
| 1 | 5 | $2,760.00 |

provided that notice is sent, in writing, to the Lessor at least 30 days before the end of the original lease term and each renewal term. All other terms and conditions of this Lease will remain the same during any renewal term unless stated otherwise herein.

5. TERMINATION: The Postal Service may terminate this Lease at any time by giving 90 days written notice to the Lessor.

6. UTILITIES, SERVICES, AND EQUIPMENT: Lessor, as part of the rental consideration, shall furnish the following utilities, services and equipment: (See Lessor Obligations of General Conditions (A 24) and/or attached addendum for definitions.)
Heating System, Air Conditioning Equipment, Light Fixtures, Sewerage Service and System, Electrical System, Water System.

7. OTHER PROVISIONS: The following additional provisions, modifications, riders, layouts and/or forms were agreed upon prior to execution and made a part hereof:
Maintenance Rider - USPS (M-1), Reimbursement Tax Rider (T-1), The USPS will pay for all separately metered utility charges, glass breakage, lawn maintenance and maintenance/cleaning of the septic system. Lessor is responsible for inspection, prevention and eradication of termites and any other wood eating insects and for repairs of any damage resulting therefrom.

8. The undersigned has completed the 'Representations and Certifications.' (See Section B).

9. LEGAL DESCRIPTION:
All that certain tract of land described as Lot 1, Block 11, Original Town of Terlton, Pawnee County, State of Oklahoma, containing approximately 3,250 sf.



Feb 04 08 11:25a NICHOLAS S MAGDOVITZ (662)624-4821 p.2

UNITED STATES POSTAL SERVICE

**Lease**

EXECUTED BY LESSOR this ________ day of ____________________, ________.

## ALL INDIVIDUAL OFFERORS MUST SIGN

| Print Name & Title | Signature |
|---|---|
| CHARLES J. SHOWALTER LESSOR | Signature |
| FRANCES L. SHOWALTER LESSOR | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |
| Print Name & Title | Signature |

Lessor, Address: CHARLES J. SHOWALTER AND/OR FRANCES L. SHOWALTER
239 WEST ROSEWOOD ST ROSE HILL KS 67131-9796

Telephone No: (316)776-0780

Taxpayer ID: 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

Witness Witness

## ACCEPTANCE BY THE POSTAL SERVICE

Date: ~~12-3-96~~ 1.30.97

LARRY D BROOKS
Contracting Officer

Signature of Contracting Officer

PO BOX 667180
DALLAS TX 75266-7180
Address of Contracting Officer





Feb 04 08 11:25a NICHOLS S MAGDOVITZ (662)624-4821 p.3

# MAINTENANCE RIDER

## USPS Responsibility (Partial)

(a) The term "demised premises" as used in this section includes the premises themselves, the improvements and appurtenances to such premises, all equipment and fixtures furnished or to be furnished by the lessor under this lease, and all common or joint use areas that are part of this lease

(b) The Postal Service shall be responsible for common repairs to and maintenance of the demised premises except for those repairs that are specifically made the responsibility of the lessor in this lease. The Postal Service's responsibilities as stated herein shall be fulfilled at such time and in such manner as the Postal Service considers necessary to keep the demised premises in proper condition.

(c) The lessor shall be responsible for:

(1) repairs to all common or joint use areas that may be included as part of this lease agreement.

(2) all structural repairs to the demised premises: Structural repairs as used in this subsection shall be limited to the foundation, bearing walls, floors (not including floor covering), column supports and all parts of the roof system (including, but not limited to, roof covering, flashing and insulation).

(3) repairs resulting from Acts of God or of a public enemy;

(4) repairs resulting from defects in building construction or installation of equipment, fixtures or appurtenances furnished by the lessor;

(5) repairs resulting from fire or other casualties unless such casualties were caused by the acts or negligence of Postal Service employees;

(6) any common repairs by the Postal Service which were made necessary by the failure of any element for which the lessor is responsible.

(d) When the need arises for repairs which are the responsibility of the lessor, the Postal Service shall (except in emergencies) give the lessor written notice of the needed repairs and shall specify a reasonable deadline for completion of the work. A copy of such notice shall also be sent by certified or registered mail to Lessor's mortgagee and assignee of monies due to or to become due pursuant to to this lease. These names will have been furnished to the Postal Service by the lessor. If none of these parties (lessor, mortgagee or assignee) proceed with the work with such diligence so as to ensure completion within the time specified in the notice (or any extension thereof granted at the sole discretion of the Postal Service) or actually fails to complete the work within said time, the Postal Service shall have the right to perform the work, by contract or otherwise, and withhold the cost of such work from payments due under this lease. Alternately, the Postal Service may, at its sole discretion, cancel this lease. In addition the Postal Service may proportionally abate the rent for any period the premises, or any part thereof, are determined by the Postal Service to have been rendered unavailable to it by reason of such condition.

UNITED STATES POSTAL SERVICE.

# Tax Rider
## Reimbursement of Paid Taxes

Assessor's Parcel Number:

a. The Lessor agrees to pay all general real estate taxes levied on the land anc buildings hereby demised. Upon final payment of the annual taxes due, the Postal Service will reimburse the Lessor, as additiona rent, for all general real estate taxes applicable to any period of time within the term of this Lease. The Lessor shall pay the ger eral real estate taxes covered herein at such time and in such manner and amount as to obtain any discount allowed by the taxin authority and before any fine, penalty, interest, or cost may be imposed for late or nonpayment. In the event the Lessor fails to p y the general real estate taxes at such time and in such manner and amount and such failure results in the addition of any fine, p nalty, interest, or cost to the amount of tax, or the loss of any discount which would have been allowed by the taxing authority for prompt or early payment, the Lessor will be responsible and liable for payment of such fine, penalty, interest, cost, or the a nount of lost discount. The Postal Service will be liable only for payment of the net taxes less such discount as would have been allowed for prompt or early payment. The Lessor must submit satisfactory proof of payment and correctness of the tax bill v th the claim for reimbursement. Presentation of receipted tax bills must be made to the office shown in paragraph (d) of this ri er. General real estate taxes are those which are assessed on an ad valorem basis, against all taxable real property in the taxin authority's jurisdiction without regard to benefit to the property, and for the purpose of funding general government services. The Lessor must pay all assessment and fees of every kind and nature other than general real estate taxes without reimburseme by the Postal Service. Assessments, "special assessments," or like charges are not considered general real estate taxes unde the terms of this Lease.

b. If a part of the general real estate taxes applies to any period prior to the ommencement of this Lease or subsequent to the expiration of the term of this Lease and the remainder of the general real estat taxes applies to the period of time within the term of this Lease, the Postal Service will be liable to reimburse the Lessor in the a oresaid manner for only that portion of said taxes applying to the period of time within the term of this Lease.

c. In the event that general real estates taxes for any tax year or part thereof within the term demised apply to the land only, the provisions of this entire article will be and remain operative in the same ma ner and to the same extent as though said taxes applied to both land and buildings.

d. The Lessor must furnish the Postal Service copies of all notices which ma affect the valuation of said land and buildings for general real estate tax purposes or which may affect the levy or assessment of general real estate taxes thereon.

In the event that the Lessor does not furnish such notices relating to valuation c hanges, and a protest or appeal of this assessment valuation in a subsequent year demonstrates that the valuation was excessive, he Lessor will be charged, retroactively, an amount represented by the overpayment of taxes attributable to the excessive assessm ent, for the year that the lessee lost the opportunity to appeal.

Such notices and tax bills must be delivered or mailed within three days from t e receipt thereof by the Lessor to:
LARRY D BROOKS, CONTRACTING OFFICER, PO BOX 667180, D LLAS, TX 75266-7180

or to such other office as the Postal Service may later direct in writing. The L ssor must pay said general real estate taxes under protest when requested to do so by the Postal Service. The Postal Service r ay contest the validity of any valuation for general real estate tax purposes or of any levy or assessment of any general real estat taxes by appropriate legal proceedings either in the name of the Postal Service or in the name of the Lessor or in the names of bc h. The Lessor, upon reasonable notice and request by the Postal Service, must join in any proceedings, but will not be subject for he payment of penalties, costs, or legal expenses in connection with any proceedings brought by the Postal Service. The Posta Service hereby covenants to indemnify and save harmless the Lessor from any such penalties, costs, or expenses. The Lessor must cooperate with the Postal Service in any such proceeding and execute any document or pleadings required for such purpose provided the Lessor will be reasonably satisfied that the facts and data set forth in such documents or pleadings are accurate.

e. As the payer of the general real estate taxes, the Postal Service is entitled o any and all monies obtained through refunds and remissions of general real estate taxes that have been paid in any year sub equent to the commencement of the Lease. In the event that any of the monies paid as general real estate taxes, in accordance with terms noted above, are refunded to the Lessor, as a result of an assessment appeal or protest actions, the settlement of su h action, or for any other reason whatsoever, such refunded monies must be forwarded within ten days to the Postal Service. I Lessor is informed that he is entitled to a refund or remission of monies paid as general real estate taxes upon the submission f an application, the Lessor will promptly make and file such application and upon receipt of such refund or remission, forward it within ten (10) days to the Postal Service. The Postal Service reserves the right to offset refund and remission payments not so forwarded, against rental or other payments due the Lessor.

UNITED STATES POSTAL SERVICE.

# Form of Acknowledgment for Individuals

STATE OF Kansas

COUNTY OF Butler

Personally appeared before me, a Notary Public in and for the County a d State aforesaid,

Charles J Showalter
(Identify individual party to the lease)

Frances L. Showalter
(Identify individual party to the lease)

______________________
(Identify individual party to the lease)

______________________
(Identify individual party to the lease)

______________________
(Identify individual party to the lease)

______________________
(Identify individual party to the lease)

______________________
(Identify individual party to the lease)

who is known to me to be the same person(s) who executed the foregoi g lease, and who acknowledged that said person(s) signed, sealed and delivered the same as said person(s)'s free and voluntary act for the uses and purposes therein set forth.

Witness my hand and notarial seal, in the County and State aforesaid,
this 3 day of December, 1996

NOTARIAL
SEAL

______________________
N tary Public

M commission expires ______________.



Feb 04 08 11:26a NICHOLAS S MAGDOVITZ (662)624-4821 p.6

UNITED STATES POSTAL SERVICE

# Form of Acknowledgment for Contr icting Officer

STATE OF TEXAS SS:

COUNTY OF DALLAS

Personally appeared before me, a Notary Public in and for the County an I State aforesaid,

LARRY D. BROOKS
(identify individual party to the lease)

known to be the CONTRACTING OFFICER

and to be the same person who executed the foregoing Lease, who depc ses and says that he signed his name thereto by authority of said Postal Service, for the purposes set forth, and as his own free and voluntary act.

Witness my hand and notarial seal, in the County and State aforesaid,

this 30th day of January 1997.

NOTARIAL
SEAL

KATHY L. ROGERS
MY COMMISSION EXPIRES
July 12, 2000

Kathy L. Rogers
Notar Public
Kathy L. Rogers
State of Texas

My c mmission expires July 12, 2000

REACKCO (Nov 1994)