# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **KERIN MOTORS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-517C |
| **THE UNITED STATES,** | * | (Filed Feb. 15, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Argument on the parties' cross-motions for summary judgment shall be held at 2:00 p.m. on Tuesday, February 26, 2008, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiff shall notify the court at 202/357-6620 by February 20, 2008, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge