IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

On behalf of the parties, defendant is respectfully submitting this status report to advise the Court about settlement discussions between the parties. The parties have reached an agreement in principle to settle this litigation without further judicial involvement. This settlement is subject to approval by the Department of Justice, and defendant's counsel shall endeavor to secure that approval as soon as possible. Accordingly, defendant, on behalf of the parties, respectfully requests that the Court remove this case from its trial docket pending execution of a settlement agreement and the filing of a stipulation of dismissal. Defendant has reviewed the contents of this report with plaintiff's counsel and he consents to its contents.

Respectfully submitted,

s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, SW
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

March 21, 2008