# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**KERIN MOTORS, INC.,** *

Plaintiff, *

v. * No. 07-517C

**THE UNITED STATES,** * (Filed Mar. 21, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Defendant's Status Report filed this date, on behalf of the parties, stating that they had reached a settlement agreement that defense counsel would recommend to his supervisor for acceptance,

**IT IS ORDERED**, as follows:

1. Paragraphs 3-7 of the ordering language in the opinion issued on March 11, 2008, are vacated.

2. Defendant shall file a subsequent status report on behalf of the parties by April 22, 2008, stating with particularity the status of settlement, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge