IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

On behalf of the parties, defendant is respectfully submitting this status report regarding settlement activity in this case. The proposed settlement agreement is still being reviewed by the Commercial Litigation Branch of the Department of Justice. Defendant's counsel is monitoring the approval process and has been in touch with the Department of Justice trial attorney assigned to the case. The agreement is presently being reviewed by the trial attorney's reviewer.

Accordingly, defendant, on behalf of the parties, respectfully requests that the Court grant the parties an additional thirty days to execute a settlement agreement and file a stipulation of dismissal with the Court. Defendant has reviewed the contents of this report with plaintiff's counsel and he consents to its contents.

Respectfully submitted,

s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, SW
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

April 22, 2008