IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

On behalf of the parties, defendant is respectfully submitting this status report regarding settlement activity in this case. The proposed settlement agreement is still being reviewed by the Commercial Litigation Branch of the Department of Justice. Defendant's counsel is monitoring the approval process and has been in touch with the Department of Justice trial attorney assigned to the case a number of times, as recently as yesterday. The trial attorney's reviewer has had a number of questions, which defendant's counsel has answered promptly. The staff attorney expects that the settlement recommendation memorandum will soon go to the Director of the Commercial Litigation Branch for final review.

Accordingly, defendant, on behalf of the parties, respectfully requests that the Court grant the parties an additional thirty days to execute a settlement agreement and file a stipulation of dismissal with the Court. Defendant has reviewed the contents of this report with plaintiff's counsel and he consents to its contents.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, SW
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

May 22, 2008