IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

On behalf of the parties, defendant is respectfully submitting this status report regarding settlement activity in this case. The proposed settlement agreement was just approved on Friday, June 20, by the Commercial Litigation Branch of the Department of Justice. Defendant's counsel received notification of the approval over the weekend because he was out of town on June 20. The parties have not been able to execute a final settlement agreement and stipulation of dismissal in the very short time since the Department of Justice approved plaintiff's settlement offer, but they will do so in short order.

Accordingly, defendant, on behalf of the parties, respectfully requests that the Court grant the parties an additional fourteen days to execute a settlement agreement and file a stipulation of dismissal with the Court. Defendant has reviewed the contents of this report with plaintiff's counsel and he consents to its contents.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section

United States Postal Service

s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Civil Practice Section
United States Postal Service
475 L'Enfant Plaza, SW
Room 6333
Washington, D.C. 20260-1127
(202) 268-4089

June 23, 2008