IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Kerin Motors, Inc., | ) | |
| Plaintiff, | ) | No. 07-517 |
| v. | ) | (Judge Christine O.C. Miller) |
| The United States, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action should be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

For the Plaintiff

s/ Lawrence Magdovitz
LAWRENCE MAGDOVITZ, II
Law Offices of Lawrence Magdovitz
8342 Macon Road
Cordova, TN 38018
(901) 737-0500

Attorney for Plaintiffs

For the Defendant

s/ Stephen D. Lobaugh
STEPHEN D. LOBAUGH
Commercial and Appellate Litigation
Office of General Counsel
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260-1127
(202) 268-4089

Attorney for Defendant

Date: July 14, 2008